**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Pioneer Aerospace Corporation** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  ASR-Pioneer** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **06-1240470** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** **131 Phoenix Crossing** **Bloomfield, CT 06002** Number, Street, City, State & ZIP Code  **Hartford** County | **Mailing address, if different from principal place of business** **6448 Pinecastle Blvd., Suite 104** **Orlando, FL 32809** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor **Pioneer Aerospace Corporation**  Case number (*if known*)
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

 ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☐ A plan is being filed with this petition.

 ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

 ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

 ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Pioneer Aerospace Corporation**  Case number (*if known*) _____
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**
District _____  When _____
Relationship _____
Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

| Debtor | **Pioneer Aerospace Corporation** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known): _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/31/2023
            MM / DD / YYYY

X /s/ Michael Rinaldi
Signature of authorized representative of debtor

Michael Rinaldi
Printed name

Title  President

**18. Signature of attorney**

X /s/ Daniel R. Fogarty
Signature of attorney for debtor

Date  11.1.2023
      MM / DD / YYYY

Daniel R. Fogarty
Printed name

Stichter, Riedel, Blain & Postler, P.A.
Firm name

110 E. Madison St.
Suite 200
Tampa, FL 33602
Number, Street, City, State & ZIP Code

Contact phone  (813) 229-0144    Email address  dfogarty@srbp.com

0017532 FL
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor **Pioneer Aerospace Corporation**  Case number (*if known*) _____
  Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (*if known*) _____  Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Aviation Safety Resources, Inc.** | | Relationship to you | **Related Entity** |
| District | **Middle District of Florida, Orlando Division** | When | Case number, if known | |
| Debtor | **S.E., Inc., dba Strong Enterprises** | | Relationship to you | **Related Entity** |
| District | **Middle District of Florida, Orlando Division** | When | Case number, if known | |

ABB, Inc.
Attn: Real Estate Group
305 Gregson Dr.
Cary, NC 27511

ABB, Inc.
Attn: Legal Department
45 Griffin Rd. S.
Bloomfield, CT 06002

Airfasco
2655 Harrison Ave S.W.
Canton, OH 44706

All Crate Inc.
200 Lamberton Road
Windsor, CT 06095-2129

American & Efird Inc
PO Box 741988
Atlanta, GA 30374

Apple Inc
100 West 33rd St
New York, NY 10001

Atco Wire Rope & Industrial Supply
11 Leonardo Drive
North Haven, CT 06473

Atlantic Thread and Supply Co., Inc.
8515 Kelso Dr., Units G & H
Baltimore, MD 21221

Bally Ribbon Mills
P.O. Box D
Bally, PA 19503-1004

Boeing Company
5000 E. McDowell Rd.
Bldg 510 Mailstop 269
Mesa, AZ 85215

Bourdon Forge Co Inc
99 Tuttle Road
Middletown, CT 06457

Brand Dielectrics Inc
250 Gibraltar Drive
Bolingbrook, IL 60440

BRM Industries
67 Industrial Park Road East
Tolland, CT 06084

C.S.R. Inc
PO Box 395
Sellersville, PA 18960

Capewell Aerial Systems LLC
4298 Jeb Stuart Hwy
Meadows Of Dan, VA 24120

Capewell Aerial Systems LLC
105 Nutmeg Rd South
South Windsor, CT 06074

Caterpillar Financial Services
2120 West End Ave.
Nashville, TN 37203

Challenge Sailcloth
560 Nutmeg Rd North
South Windsor, CT 06074

Cherokee Steel
196 Leroy Anderson Road
Monroe, GA 30655

City Of Columbia
City Hall
201 Second Street
Columbia, MS 39429

Computer Services & Solutions, Inc.
431 S. Broadway, #222
Lexington, KY 40508

Cope Plastics Inc
4441 Industrial Dr
Alton, IL 62002

Creditsafe USA Inc
PO Box 789985
Philadelphia, PA 19178-9985

CS Hyde Company
39655 N. Il Route 83
Lake Villa, IL 60046

DCI Aerotech
Division Of Detroit Chrome, Inc.
7515 Lyndon Avenue
Detroit, MI 48238

Die-Matic Products Inc
130 Express St
Plainview, NY 11803

Dighton Technology Inc
PO Box 865
620 Spring St
North Dighton, MA 02764

DLA Distribution Depot Oklahoma
3301 F Ave Cen Red
Bldg 506 DR 22
Oklahoma City, OK 73145-8000

Donald Palmer Co. Inc.
P.O. Box 15062
New Orleans, LA 70175

Dykema Rubber Band Co
4075 Windgap Avenue
Bldg #5
Pittsburgh, PA 15204

Eagle Packaging
1075 S. Fairfield Drive
Pensacola, FL 32506

Eastern Metal Supply Inc
3600 2rd Ave S
Lake Worth, FL 33461

Edco Supply Corporation
323 36th Street
Brooklyn, NY 11232

Ellsworth Adhesives
Lock Box 88207
Milwaukee, WI 53288-0207

Esteem Manufacturing Corp
175 S. Satellite Road
S. Windsor, CT 06074

Fabric Development Inc
1217 Mill Street

PO Box 462
Quakertown, PA 18951

Fastening Solutions
3075 Selma Highway
Montgomery, AL 36108

FBT Inc.
413 Lakeshore Road
St. Catharines, ON L2R 7K6

Fil-Tec, Inc
PO Box 9040
Lancaster, PA 17604

Flick Packaging
PO Box 296
340 S. Columbus Street
Galion, OH 44833

Hill Pro LLC
106 Yeager Court
Hunstville, AL 35806

HLC Industries
4 East Montgomery Ave
Bala Cynwyd, PA 19004

Hope Global
50 Martin Street
Cumberland, RI 02864

Horn Textile, Inc.
600 N. Brown Street
Titusville, PA 16354

Jo King Inc.
P.O. Box 1088
Alpharetta, GA 30009

John Howard Company
4510 Schaefer Ave
Chino, CA 91710

Kent H. Landsberg - Wurzburg, Inc.
PO Box 731575
Dallas, TX 75373

Lighthouse For The Blind
912 W. Broadway

Forth Worth, TX 76104

Lord & Hodge Inc
PO Box 737
Middletown, CT 06457-0737

Lowy Enterprises, Inc.
1970 E. Gladwick Street
Rancho Dominguez, CA 90220

McMaster-Carr Supply Co
PO Box 7690
Chicago, IL 60680-7690

Mil-Spec Packaging
8150 Industrial Hwy
Macon, GA 31216

Morito Scovill America LLC
dba Scovill Fasteners
Po Box 746297
Atlanta, GA 30374-6297

Murdock Webbing Co Inc
27 Foundry Street
Providence, RI 02863

National Institute for Aviation Research
Wichita State University
1845 Fairmount St.
Wichita, KS 67260-0093

National Labor Relations Board-Region 15
Attn:  General Attorney (Labor)
600 S. Maestri Place, 7th Floor
New Orleans, LA 70130-3413

National Retirement Fund
c/o Amalgamated Employee Benefits Adm
333 Westchester Ave.
White Plains, NY 10604

Pam Narrow Fabrics Corp
PO Box 490
Freeport, NY 11520

Para-Gear Equipment Co
3839 West Oakton
Skokie, IL 60076

Parachute Laboratories, Inc
1665 N. Lexington Ave., #106
Deland, FL 32724-2187

Paulo Products
P.O. Box 802830
Kansas City, MO 64180-2830

Performance Textiles Inc
3917 Liberty Road
Greensboro, NC 27406

Production Metal Stamping, Inc.
8133 Opportunity Drive
Milton, FL 32583

Renatos Sewing Machine, LLC
2321 Silas Deane Highway
Rocky Hill, CT 06067

Sir Webbing Inc
PO Box 501
Hawthorne, NJ 07507

Specialty Adhesives
164 Chandalar Place Dr
Pelham, AL 35124

Richard Spencer
3459 Carrington Rd.
Delaplane, VA 20144-2005

Strand Core, Inc.
5881 Commerce Road
Milton, FL 32583

Sturges Manufacturing Company Inc
2030 Sunset Ave
Utica, NY 13502

Richard Sugden
c/o Thomas Smits
P.O. Box 3377
Jackson, WY 83001

Systima Technologies, Inc.
6500 Harbour Heights Pkwy
Mukilteo, WA 98275

Taber Extrusions

Mississippi Division
P.O. Box 98437
Chicago, IL 60693-8437

Tape-Craft Corporation
PO Box 2027
Anniston, AL 36202

Tech Ord
47600 180th Street
Clearlake, SD 57226

Techflex Inc
104 Demarest Road
Sparta, NJ 07871

Tuff Guard Security & Patrol Service
2323 17th St.
Meridian, MS 39301

Warwick Mills, Inc
PO Box 409
New Ipswich, NH 03071

Western Extrusions
PO Box 810219
Dallas, TX 75881

Workers United, Southern Regional
Joint Board
c/o Stanford Fagan, LLC
2540 Lakewood Ave.
Atlanta, GA 30315

Xerox Corporation
PO Box 827598
Philadelphia, PA 19182-7598

XRI Testing
PO Box 9446
New York, NY 10087-9446

Zodiac US Corporation
2201 W. Royal Lane, #150
Irving, TX 75063