# United States Bankruptcy Court
## Middle District of Florida, Orlando Division

In re  **Pioneer Aerospace Corporation**                                    Case No.
                             Debtor(s)                                       Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Aviation Safety Resources, Inc.**<br>**6448 Pinecastle Blvd., Suite 104**<br>**Orlando, FL 32809** | | 100% | |

Sheet 1 of 2 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida, Orlando Division

In re   **Pioneer Aerospace Corporation** _____   Case No. _____
                                                         Debtor(s)                                              Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   _10/31/2023_                            Signature  _/s/ Michael Rinaldi_
                                                                              Michael Rinaldi

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders