# United States Bankruptcy Court
## Middle District of Florida, Orlando Division

In re: **Pioneer Aerospace Corporation**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Pioneer Aerospace Corporation** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Aviation Safety Resources, Inc.**
**6448 Pinecastle Blvd., Suite 104**
**Orlando, FL 32809**

☐ None [*Check if applicable*]

**November 1, 2023**
Date

**/s/ Daniel R. Fogarty**
**Daniel R. Fogarty**
Signature of Attorney or Litigant
Counsel for **Pioneer Aerospace Corporation**
**Stichter, Riedel, Blain & Postler, P.A.**
**110 E. Madison St.**
**Suite 200**
**Tampa, FL 33602**
**(813) 229-0144 Fax:(813) 229-1811**
**dfogarty@srbp.com**