Pioneer Aerospace Corporation
Balance Sheet and Profit and Loss
August 2023

|  | Pioneer<br>**Aug 23** |
|---|---:|
| **Balance Sheet** | |
| Cash | 183,663 |
| Account Receivable | 2,422,464 |
| Allowance for Doubtful Accts | (483,103) |
| Interco Receivable / (Payable) | (1,192,314) |
| Inventories (Net) | 985,287 |
| Fixed Assets (NBV) | 962,729 |
| Prepaid Expenses | (15,284) |
| Other Assets | - |
| Deferred Tax Asset | 1,866,268 |
| **Total Assets** | **4,729,710** |
| | |
| Accounts Payable | 1,147,082 |
| Other Accruals / Payables | 2,354,207 |
| Provisions for Risks and Charges | 947,746 |
| Capital Lease Liabilities | 584,417 |
| Notes Payable | 1,000,000 |
| Deferred Tax Liability | (6,356,112) |
| **Total Liabilities** | **(322,660)** |
| | |
| Paid in Capital | 52,943,838 |
| Retained Earnings | (44,718,273) |
| Net Income | (3,173,195) |
| **Stock Holders Equity** | **5,052,370** |
| **Liabilties & Equity** | **4,729,710** |
| *balancing* | - |
| | |
| **Profit & Loss** | |
| Net Sales | 540,389 |
| COGS | (496,973) |
| **Gross Contribution** | **43,415** |
| Factory Costs | (84,358) |
| **Gross Margin** | **(40,943)** |
| Sales Direct costs | (1,955) |
| Engineering costs | (36,431) |
| **Contribution margin** | **(79,329)** |
| Sales & Marketing | (9,565) |

Pioneer Aerospace Corporation
Balance Sheet and Profit and Loss
August 2023

| | |
|---|---:|
| G&A | (192,281) |
| **Total Overheads** | **(201,845)** |
| **Other income & Expenses** | (60) |
| **EBIT** | **(281,234)** |
| Addback D&A | 13,542 |
| **EBITDA** | **(267,692)** |
| Depreciation and Amortization | (13,542) |
| Interest | (1,762) |
| Taxes | - |
| **Net Income** | **(282,996)** |