UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639 |
| S.E., INC., | Case No. 6:23-bk-4641 |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643 |
|     Debtors. | *Joint Administration Motion Pending* |
| _____/ | |

## JOINT CHAPTER 11 CASE MANAGEMENT SUMMARY

AVIATION SAFETY RESOURCES, INC. ("**ASR**"), S.E., INC. d/b/a Strong Enterprises ("**Strong**") and PIONEER AEROSPACE CORPORATION d/b/a ASR-Pioneer ("**Pioneer**") (collectively, the "**Debtors**"), pursuant to Local Rule 2081-1, hereby file their Joint Chapter 11 Case Management Summary (the "**Summary**"). For their Summary, the Debtors state the following:

### Introduction

On November 1, 2023 (the "**Petition Date**"), the Debtors filed with this Court Voluntary Petitions for Relief under Chapter 11 of Title 11 of the United States Code and made elections to proceed under Subchapter V pursuant to the Small Business Reorganization Act of 2019, as amended.

### Case Management Items

**Description of the Debtors' Businesses**

**ASR**. ASR is a Florida corporation formed in December of 2018. ASR's operations began in 2000 as a private company owned by Dario P. Manfredi and Savia Giarraffa, son and daughter

of the late Dario J. Manfredi, an entrepreneur who devoted his life to designing and testing an innovative parachute recovery system. ASR went on to acquire the stock of two other parachute and related equipment manufacturing companies—Strong in April 2021 and Pioneer in March 2022—through which all manufacturing and other operations are effectively conducted today, leaving ASR as a pure holding company today.  Those acquisitions are described in greater detail below.

Before becoming a holding company, ASR directly manufactured aircraft emergency parachute recovery systems (AEPRS) and specialized in recovery systems for the aviation and advanced air mobility (AAM) aircraft.  However, following ASR's acquisition of Strong and Pioneer, the operations were conducted under the direct auspices of Strong and Pioneer (as opposed to ASR), and as of the Petition Date, all manufacturing and operations are now conducted by Strong in the Orlando, Florida facility and by Pioneer in the Bloomfield, Connecticut, and Milton, Florida, facilities.

**Strong.**  Strong is a Florida corporation formed in January of 1977, but has been in the parachute industry since 1971.  Strong manufactures parachutes and related products for both military solutions and commercial customers. Strong was acquired by ASR in April 2021. Strong Enterprises' company precept is "The Parachute Company with Imagination." With progressive creativity, Strong balances research and development to fill new needs with inventions that have stood the test of time. Strong has designed and built round parachutes from six inches (stabilizing systems) to 98 feet in diameter, and ram-air parachutes from 12 sq. ft. to 1800 sq. ft.  Strong is the oldest manufacturer of general aviation parachute equipment in the United States. Strong's products can be found at nearly every airport, military installation, and parachute and skydiving center around the world. Strong's products have flown on the early pioneering space shuttle

missions, and its systems are part of planned civilian space exploration. As Strong says, "If it can be sewn or jumped, [Strong] can do it."

**Pioneer.**  Pioneer is a Delaware corporation which was formed in August of 1988 and is authorized to do business in Florida.  Pioneer Aerospace is a recognized leader in the design and manufacture of state-of-the-art aerodynamic deceleration systems. These systems support specialized tactical, personnel, cargo, humanitarian, weapons, and space exploration programs. Pioneer's sophisticated aerial delivery systems are in use all over the globe. Pioneer's success is founded on over 80 years of parachute development and manufacturing experience.

Additionally, Pioneer operates Airlift Technologies International ("**ATI**"), based in Milton, Florida, which Pioneer acquired in 2005. ATI is an approved U.S. Government manufacturing and engineering company that specializes in the design and production of aerial delivery systems, airdrop qualification testing, airdrop load design, systems related logistic support, and complete and comprehensive training of all ground and air crew personnel involved in cargo airdrops. ATI is a leader in Air Cargo Delivery System Technology. Additionally, ATI is an approved NASA contractor responsible for loadmaster cargo mission management and support services for Space Station Critical Lift movements that utilize the NASA Super Guppy aircraft. Airlift Technologies International can supply all the essential hardware and training necessary to enable its customers to take full advantage of any aerial delivery platform.

A summary, for descriptive purposes only, of the operating entities and locations under the ASR umbrella is as follows:



**Location of Debtors' Operations and Whether Leased/Owned**

<u>**Pioneer.**</u>

Pioneer currently has two active operating locations. First, Pioneer operates a facility in Bloomfield, CT (the "**Connecticut Location**"). The Connecticut Location is operated from a facility leased subleased by Pioneer from ABB, Inc., an unrelated third-party. Upon information and belief, Zodiac US Corporation ("**Zodiac**") has a guaranty of the sublease. Second, Pioneer also operates the ATI facility in Milton, FL (the "**Milton Location**"). The real property at the Milton Location facility is ostensibly owned by Zodiac and was subject to a lease by Zodiac to Pioneer. The real property was previously owned by Pioneer, and was the subject of a sale-leaseback to Zodiac before the ASR Purchase (as defined below). The Milton Location lease was purportedly terminated pre-petition by Zodiac. Pioneer remains in possession of the Milton facility.

In addition to the two active operating locations, Pioneer previously operated a facility in Columbia, MS (the "**Mississippi Location**"). Due to significant operating losses, as discussed more fully below, the Mississippi Location ceased limited operations in approximately May 2023. Pioneer still has certain equipment and inventory on the premises. The facility also was leased from Zodiac, also was previously owned by Pioneer and was the subject of a sale-leaseback to Zodiac before the ASR Purchase, and also was purportedly terminated pre-petition by Zodiac. Pioneer remains in possession of the Mississippi Location.

### Strong.

Strong operates from a facility in Orlando, FL, located on two separate but related parcels, located at 6448 Pinecastle Blvd., Suite 104, Orlando, FL 32809, which located is leased from 6448 Pinecastle Investors, LLC, and 6503 Pinecastle Blvd., Suites A and B, Orlando, FL 32806, which location is leased from Adam Freeman. Both of the landlords are unrelated third parties.

### ASR.

ASR does not currently have any operations. ASR's current mailing address is at the Strong facility. ASR's previous location in Kentucky closed in September 2023, and no operations occurred there in 2023.

**Reasons for Filing Chapter 11**

ASR filed this case as a direct consequence of its disastrous acquisition of the stock of Pioneer. Pioneer filed, among other reasons, because of its cost structures, largely related to the Mississippi Location and including the union and pension obligations, the serious shortfalls in operational and financial management under prior ownership and management regimes, and the capital structure imposed on Pioneer by Zodiac. Strong filed because a sale under the Bankruptcy Code is necessary to avoid contagion from Pioneer into Strong's operations.

As discussed above, in two separate transactions, ASR acquired from third parties the stock in both Pioneer and Strong.

ASR's Acquisition of Pioneer from Zodiac, and Related Transactions

In March, 2022, ASR acquired Pioneer from Zodiac. Specifically, on or about March 23, 2022, ASR and Zodiac US entered into that certain Stock Purchase Agreement (the "**SPA**"), pursuant to which ASR purchased from Zodiac US all of the issued and outstanding shares of common stock of Pioneer.  As a result of the SPA, ASR acquired the equity in Pioneer, subject to all of the existing and future liabilities of Pioneer.

As part of the SPA, ASR executed in favor of Zodiac a Secured Promissory Note in the approximate principal amount of $2.19 million (the "**ASR Zodiac Note**") for the purchase price under the SPA. The ASR Note has a five-year term, and purports to be secured by substantially all assets of ASR.

In conjunction with the ASR Note, on April 7, 2022 Zodiac filed a UCC-1 Financing Statement with the Florida Secretary of State (the "**ASR Zodiac UCC-1**"), listing Zodiac as the secured party, ASR as the debtor, and describing the collateral as "all fixtures and personal property of every kind and nature including…"

Also as part of the SPA, ASR executed in favor of Zodiac a Pledge Agreement, pledging as additional collateral the shares of Pioneer acquired by ASR under the SPA. And, ASR executed a guaranty, limited to $1.5 million, for the Pioneer Zodiac Note (as defined below).

As part of the SPA, Pioneer executed a Secured Promissory Note in favor of Zodiac US in the approximate principal amount of $1 million (the "**Pioneer Zodiac Note**").

In conjunction with the Pioneer Zodiac Note, on March 29, 2022 Zodiac filed or caused to be filed a UCC-1 Financing Statement with the Delaware Department of State (the "**Pioneer**

**Zodiac UCC-1**"), listing Zodiac as the secured party, Pioneer as the debtor, and describing the collateral as "all fixtures and personal property of every kind and nature including…"

The Pioneer Zodiac Note is not cross-collateralized with the ASR Zodiac Note, such that the only potential secured debt of Pioneer to Zodiac is the Pioneer Zodiac Note.

The Debtors dispute the validity, extent, priority, and characterization of the claims of Zodiac under each and every interest claimed, and reserve all rights, claims, and defenses in connection therewith. For the avoidance of doubt, all claims by Zodiac against the Debtors are the subject of a bona fide dispute.

In part, the acquisition of Pioneer by ASR was disastrous because of the Mississippi Location, which ASR came to realize was losing $500,000-$700,000 per month when Pioneer was forced to cease its Mississippi operations in May 2023, and, based on available financial information, seems not to have made a profit in over five years. Pioneer was a party to a Collective Bargaining Agreement dated November 1, 2020 (the "**CBA**") between Pioneer Aerospace Corporation and Southern Regional Joint Board of Workers United (the "**Union**").  The CBA expired by its terms on October 31, 2023.  The CBA covers only those production employees working at the Pioneer facility in Columbia, Mississippi. Among other provisions, the CBA required Pioneer to make monthly payments to and otherwise participate in the Legacy Plan of the National Retirement Fund, a multi-employer plan (the "**Pension Plan**") an amount per bargaining unit employee for each compensated hour for all payroll weeks ending in the prior calendar month at the rates specified in the CBA.

<u>ASR Acquisition of Strong</u>

In April 2021, ASR acquired the interests in Strong. Specifically, ASR and Marcie LaVanway, as the then-owner of 100% of Strong, executed a Purchase Agreement effective as of

April 13, 2021, pursuant to which ASR purchased 100% of the issued and outstanding stock of Strong from Ms. LaVanway in exchange for (i) payment by ASR of $121,955 to Ms. LaVanway for repayment of a shareholder loan made to Strong, (ii) retention of specific liabilities by Strong and an indemnification from Strong of Ms. LaVanway for such liabilities, and (iii) payment by ASR of $75,000 annual for four years, payable in monthly payments of $6,250.00 each, beginning May 2021 and ending April 2025.

<u>Sale Process and Filing to Consummate Sales</u>

Since the spring of 2023, the Debtors have been engaged in a concerted effort to evaluate strategic options for continuing operations in the face of massive losses and the inability to obtain sufficient capital to fund such losses. Those efforts were funded in part through a loan made by two of the directors, Richard Spencer and Richard Sugden (in their capacity as lenders, the "**Lenders**"). In May 2023, the Debtors' board authorized, and the Lenders agreed to provide a credit facility in the amount of $1 million to the Debtors. In May 2023 the Lenders funded the total amount of $700,000.00 (paid in two draws of $325,000 each and two draws of $25,000 each) (collectively, the "**Lenders Advances**"). The Lenders Advances were used to fund operating expenses and to fund payments to professionals. Although the Lenders Advances were intended by the Debtors and the Lenders to be on a junior secured basis, the documentation was not finalized. The Lenders Advances were booked as unsecured loans on ASR's books.

As part of that process, the Debtors and their professionals identified likely interested parties who would be willing to and able to close on a transaction. Given the nature of the Debtors' financial condition, operations, and history, and the unique and specialized industry in which the Debtors operate, the potential market was limited. The Debtors ran a process to generate interest, to accept bids, and to finalize stalking horse bids for a sale process on a short, but reasonable, §

363 sale. Those efforts proved successful, and will, with the assistance of the Court, preserve going-concern value for the assets of Pioneer and Strong, their customers, and their employees.

The Debtors filed these chapter 11 cases in order to close on sales of substantially all of their operating assets under a process approved by the Court. Pioneer and Strong have finalized a purchase agreement to sell, subject to higher and better bids and an auction process, certain of the locations, and are hopeful that they will have agreements to sell all, either before or as a result of the auction. Because of the Debtors' precarious financial circumstances, the Debtors need to move quickly to a closing. Because of the pre-filing marketing efforts of the Debtors run with the substantial assistance of their professionals, primarily Asgaard, the Debtors firmly believe that no additional marketing is necessary, and an auction in approximately three weeks is sufficient to fully and finally test the market to see whether there is any interest above the current stalking horse offers.

The Debtors expect that, through the use of cash collateral and from the proceeds of DIP Financing provided by the Lenders, they will have sufficient cash to meet operating expenses and administrative costs in these cases to get to a sale in the first week of December. As any further operations are not likely to result in more value at an auction, and jeopardize going-concern operations, the Debtors are asking for a short but reasonable post-petition marketing and auction period.

**List of Officers and Directors and Their Salaries and Benefits at Time of Filing and During the One Year Prior to Filing**

The directors of the Debtors are Dario Manfredi, Thomas Smits, Richard Spencer, Richard Sugden, and David Treinis. The directors have not received any salary or benefits during the one year prior to filing in the capacity as directors. Mr. Treinis accrued a salary of approximately $110,000 from October 2022 to March 2023, but no amounts were paid.

Allan Davis is the Chief Financial Officer of ASR and Pioneer. For the twelve (12) months prior to the Petition Date, Mr. Davis received salary of $66,950.00, paid as part of the ASR-Pioneer payroll.

Michael Rinaldi was previously the Vice President of SE, and on the Petition Date was the President of each of the Debtors. For the twelve (12) months prior to the Petition Date, Mr. Rinaldi received annual salary of $120,000.00, with a recent increase as a result of the promotion to an annual salary of $172,000.40.

ASR owns 100% of the shareholder interests in Pioneer and SE.

**Debtors' Annual Gross Revenues**

ASR's annual gross revenue for 2022 was approximately $481,000. ASR's year to date gross revenue for 2023 is approximately $250,000.

Strong's annual gross revenue for 2022 was approximately $2.8 million. Strong's year to date gross revenue for 2023 is approximately $2.5 million.

Pioneer's annual gross revenue from sales for 2022 was approximately $6.8 million. Pioneer's year to date gross revenue for 2023 is approximately $4.2 million.

**Amounts Owed to Various Classes of Creditors**

Although the Debtors have not filed their respective Schedules or Statement of Financial Affairs, the Debtors believe that the creditors will be comprised of the following:

**Priority Claims:**

Sales and payroll taxes are discussed below. The Debtors expect that wages and benefits for current employees will be paid under a pre-petition wages motion. Additionally, WARN-related priority claims may be asserted against Pioneer by employees formerly employed at the Mississippi Location or the Union, which Pioneer would dispute.

**Secured Claims:**

The discussion below does not include the Lenders Advances, which has been discussed above and is the subject of the DIP Financing motion.

ASR

As of the Petition Date, ASR's secured obligations are comprised of amounts due and owing to Zodiac in connection with the ASR Zodiac Note. ASR believes that Zodiac asserts that the note is secured by substantially all assets of ASR. ASR believes that Zodiac claims the amount owed is $2.19 million, excluding interest, fees, and costs.

Also, ASR is obligated on an SBA EIDL in the approximate amount of $161,000.00. The obligation is subject to a security agreement granting a lien on substantially all of ASR's assets. However, the lien was perfected only through a UCC-1 Financing Statement recorded in Kentucky, and not in Florida. Because ASR is a registered organization in Florida, the lien is subject to challenge.

Strong

Strong's secured obligations are comprised of amounts due and owing to the U.S. Small Business Administration (the "**SBA**") under an SBA Economic Injury Disaster Loan in the amount of $150,000.00, dated June 14, 2020. On June 29, 2020, the SBA filed a UCC-1 Financing Statement with the Florida Secretary of State (the "**SBA Strong UCC-1**"), listing the SBA as the secured party, ASR as the debtor, and describing the collateral as "all tangible and intangible personal property, including, but not limited to: …"

Pioneer

As of the Petition Date, Pioneer's secured obligations are comprised primarily of amounts due and owing to Zodiac in connection with the Pioneer Zodiac Note. Pioneer believes that Zodiac

11

asserts that the note is secured by substantially all assets of Pioneer. Pioneer believes that Zodiac claims the amount owed is approximately $1.0 million, excluding interest, fees, and costs .

Additionally, there are two filed UCC-1 financing statements for financing obligations for specific items of equipment naming Pioneer as the debtor. Pioneer believes that these secured claims have been satisfied by surrender of the equipment prior to the Petition Date at the Milton Location.

**Unsecured claims:**

ASR owes approximately $3.1 million to general unsecured creditors, not including intercompany debt. That amount includes approximately $225,000 owed to a vendor, the SBA EIDL of approximately $161,000.00 discussed above, and approximately $2.5 million in insider claims, not including the Lenders Advances. Additionally, ASR is the defendant in a lawsuit filed by Larry Williams. ASR has filed counter-claims, and believes that it will be successful in the litigation.

Strong owes approximately $175,000.00 to general unsecured creditors, including intercompany debt.

Pioneer may owe approximately $1.8 million to general unsecured creditors, including intercompany debt. Additionally, Pioneer may be subject to contingent, unliquidated, and disputed claims by the Union, the Columbia Employees, and the Pension Plan. Pioneer does not presently know the amounts asserted in any such claims; however, for purposes of estimates, the disclosure schedules to the SPA disclosed a potential withdrawal liability of approximately $4.9 million as of January 1, 2021.

**General Description and Approximate Value of the Debtor's Current & Fixed Assets**

ASR's principal assets consist of (i) 100% of the stock in both Pioneer and Strong, (ii) potential tax credits under the ERTC in the filed amount of approximately $85,000.00, and (iii) potential claims, causes of action, defenses, and other litigation claims.

Strong's principal assets consist of (i) operating assets, and (ii) non-operating assets. The value of the operating assets is $850,000 based on the existing Stalking Horse Bids, subject to higher and better offers. The value of the non-operating assets is undetermined but does include potential tax credits under the ERTC in the filed amount of approximately $156,000.00.

Pioneer's principal assets consist of (i) operating assets, and (ii) non-operating assets. The value of the operating assets is $3.9 million based on the existing or anticipated Stalking Horse Bids, subject to higher and better offers. The value of the non-operating assets is undetermined but does include potential tax credits under the ERTC in the filed amount of approximately $979,000.00.

**Number of Employees and Amount of Wages Owed as of Petition Date**

ASR has no employees.

Strong has 22 employees (inclusive of Mr. Rinaldi). The Strong employees are owed pre-petition wages for the current regular bi-weekly pay period from October 23, 2023 to November 5, 2023, the pay date for which would normally be made on November 9, 2023, which includes pre- and post-petition wages and benefits.

Pioneer has 27 employees (inclusive of Mr. Davis). The Pioneer employees are owed pre-petition wages for the current regular bi-weekly pay period from October 23, 2023 to November 5, 2023, the pay date for which would normally be made on November 9, 2023, which includes pre- and post-petition wages and benefits.

**Status of Debtor's Payroll and Sales Tax Obligations, if applicable**

Pioneer does not owe any sales tax obligations. Strong owes a de minimis amount for the current month of approximately $120.00.

**Anticipated Emergency Relief Within 14 Days of Petition Date**

The Debtors anticipate filing the following emergency motion (1) motion to use cash collateral; and (2) motion to pay prepetition wages; (3) motion to approve bid procedures in connection with a sale of substantially all assets; and (4) motion to approve DIP financing.

**Debtors' Strategic Objectives**

As stated above, the Debtors immediate objective in these cases is to maintain operations, including by borrowing funds post-petition to avoid immediate and irreparable harm, to complete the pre-petition sale process and close on a sale of substantially all of the operating assets of Pioneer and Strong. Following the sales and fulfilling their obligations under the purchase agreements, the Debtors anticipate liquidating remaining their assets and resolving claims in as efficient a manner as possible under the circumstances.

WHEREFORE, the Debtors respectfully submit this as their Joint Chapter 11 Case Management Summary.

*/s/ Daniel R. Fogarty*
Daniel R. Fogarty (FBN 0017532)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida   33602
Telephone: (813) 229-0144
Email:  dfogarty@srbp.com
Attorneys for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Joint Chapter 11 Case Management Summary* has been furnished on November 1, 2023, by the Court's electronic mail to all parties receiving CM/ECF electronic noticing.

>  */s/ Daniel R. Fogarty*
>  Daniel R. Fogarty