UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4369 |
| S.E., INC., | Case No. 6:23-bk-4641 |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643 |
| Debtors. _____/ | *Joint Administration Motion Pending* |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643 |
| Applicable Debtor. _____/ | |

**DEBTOR'S EMERGENCY MOTION FOR AUTHORIZATION TO PAY PREPETITION WAGES, SALARIES, AND OTHER EMPLOYEE BENEFITS**

PIONEER AEROSPACE CORPORATION, as debtor and debtor in possession (the "**Debtor**"), respectfully requests the entry of an order authorizing the payment of prepetition wages, salaries, and other employee benefits to employees and, in support thereof, the Debtor respectfully represent as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§157 and 1334. The subject matter of this Motion is a core proceeding pursuant to 28 U.S.C. §157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicates for the relief requested herein are Sections 105 and 363 of the Bankruptcy Code.

**Background**

2. On November 1, 2023 (the "**Petition Date**"), the Debtor filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"), and

made an election to proceed under Subchapter V pursuant to the Small Business Reorganization Act of 2019, as amended.

3. The Debtor continues to operate as a debtor-in-possession.

4. The Debtor and the other co-debtors manufacture, sell, and refurbish parachutes and related products for military and commercial customers in the aviation, defense, and space industries. The Debtors are a critical supplier to their customers and a key cog in the country's defense and space industry. The Debtors filed these cases for the purposes of completing going-concern sales of substantially all of the operating assets of Pioneer and Strong for the benefit of customers, suppliers, employees, and creditors. For more information, please see the Debtor's Case Management Summary.

**Relief Requested**

5. On the Petition Date, the Debtor had twenty-seven (27) employees, (the "**Employees**"), including Allan Davis, the CFO of the Debtor. Mr. Davis does not have an ownership interest, directly or indirectly, in the Debtor. The Debtor pays the employees through a payroll processing company.

6. The Debtor seeks authorization to pay all prepetition Employee related obligations including, but not limited to, wages, salaries, compensation, employee benefits, 401(k) contributions, and reimbursable business expenses.

7. As of the Petition Date, the Employees were owed, or had accrued in their favor, various sums for wages, salaries, compensation, employee benefits, 401(k) contributions, and reimbursable business expenses (the "**Prepetition Obligations**") for certain prepetition time periods.

8. Employees are paid on a bi-weekly basis, in arrears. The Debtor owes the Employees for the payroll period of October 23, 2023, through November 5, 2023, payment of which is due to be paid on November 9, 2023. The Debtor has not yet calculated these amounts, but it estimates this amount will be in line with the prior payroll period (approximately $75,000.00). The Debtor also seeks authority to pay all related payroll taxes for the above-described pre-petition period of October 23, 2023, through November 5, 2023 (the "**Prepetition Period**"). Attached hereto as **Exhibit A** is a copy of the Debtor's payroll journal from a prior payroll period, with certain redactions (unredacted copies will be provided to the Office of the United States Trustee and to the Subchapter V Trustee.

## Grounds for Relief

9. It is well-settled that a bankruptcy court may authorize the payment of prepetition obligations where necessary to facilitate a reorganization. Payment of prepetition obligations is rooted in the common-law "necessity of payment" doctrine, which courts have consistently applied where failure to pay prepetition obligations posed a real and significant threat to a debtor's reorganization. *See Miltenberger v. Logansport Ry. Co.*, 106 U.S. 286 (1882) (payment of pre-receivership claim prior to reorganization permitted to prevent "stoppage of . . .[crucial] business relations"); *In re Lehigh & New England Ry. Co.*, 657 F.2d 570, 581 (3d Cir. 1981) (payment of claims of creditors authorized under the "necessity of payment" doctrine); *In the Matter of Penn Central Transport*, 467 F.2d 100, 102, n. 1 (3d Cir. 1972) (bankruptcy court has authority to sanction payment of claims under the "necessity of payment" doctrine for service essential to the debtor's business); and *In re Ionosphere Clubs, Inc.,* 98 B.R. 174 (Bankr. S.D.N.Y. 1989) (approving payment of certain prepetition wage, salary, medical benefit and business expense claims justified under the necessity of payment of doctrine).

10. The statutory basis for the "necessity of payment" doctrine appears in §105(a) of the Bankruptcy Code, which provides, in pertinent part:

> [t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title.

11 U.S.C. §105(a).

11. The Bankruptcy Code prohibits paying prepetition claims without specific court authorization. However, every employee is entitled to a priority claim of up to $15,150.00 for compensation earned in the one hundred eighty (180) day period preceding the Petition Date. The Prepetition Obligations are well under the priority cap set forth above as to each of the employees.

12. Retaining the Employees is critical to the successful operation and reorganization of the Debtor's businesses as the Debtor would not be able to replace these Employees without a significant disruption in its business, which would jeopardize the ability to close on the proposed sale transactions. In short, these Employees are vital to the Debtor's continued success.

13. Each of the Employees performed necessary and valuable services for the Debtor prior to the Petition Date and performed those services with the expectation that wage, and wage-related commitments would be honored. The failure to honor the obligations to Employees is likely to lower morale and cause concern among the Employees regarding the Debtor's intentions to honor its ongoing obligations. The Debtor cannot afford to lose the support of its Employees at a time when the Debtor must operate more efficiently and meet more administrative burdens than before.

4879-6584-8199, v. 2

14. In addition, the Employees depend upon their salaries to meet their basic living expenses, particularly given the current economic climate. Their families will suffer serious financial difficulties if the relief requested is not granted.

15. Because payment of the Prepetition Obligations is absolutely crucial to the preservation and protection of the Debtor's business and, ultimately, to its successful reorganization under Chapter 11, this Court may order such payment under the "necessity of payment" doctrine and Section 105(a) of the Bankruptcy Code. Indeed, there is ample precedent for authorizing such payments. *See, e.g.*, *Ionosphere Clubs, Inc.,* 98 B.R. at 174.

16. Pursuant to § 346(f) of the Bankruptcy Code, the Debtor propose to withhold or cause to be withheld from any payment to Employees those amounts required to be withheld under applicable federal, state or local tax law, and will pay such withheld amount to the appropriate governmental unit at the time and in the manner required by such tax law. Further, the Debtor requests that it be permitted to pay all costs and make all deductions incident to the Prepetition Obligations.

17. Pursuant to Bankruptcy Rule 6003, the Court may grant relief regarding a motion to pay all or part of a prepetition claim that arose before the Petition Date within twenty-one (21) days after the filing of the petition if the relief is necessary to avoid immediate and irreparable harm.

18. The Employees are integral to the Debtor's business operations. Failure to satisfy obligations with respect to the Employees in the ordinary course of business during the first twenty-one (21) days of this case will jeopardize loyalty and trust. The Employees will leave, thereby causing serious disruption to the Debtor's business operations during this critical period

when the Debtor need the continued support of the Employees to allow for a successful reorganization.

19. Moreover, the vast majority of the Employees rely exclusively on their compensation, benefits and reimbursement of their expenses to continue to pay their daily living expenses. These Employees will be exposed to significant financial difficulties if the Debtor are not permitted to pay the Employees in the ordinary course of business. Accordingly, the Debtor submit that they have satisfied the requirements of Bankruptcy Rule 6003 to support immediate payment of the Prepetition Obligations.

20. The Debtor further seeks a waiver of the notice requirements under Bankruptcy Rule 6004(a) and the fourteen-day stay of an order authorizing the use, sale, or lease of property under Bankruptcy Rule 6004(h).

WHEREFORE, the Debtor respectfully requests that this Court enter an order granting this motion; authorizing the Debtor to pay the Prepetition Obligations set forth above; authorizing the Debtor to withhold from the Prepetition Obligations those amounts required to be withheld under applicable federal, state or local tax law, and pay such withheld amount to the appropriate governmental unit at the time and in the manner required by such tax law; authorizing the Debtor to pay all costs and make all deductions incident to the Prepetition Obligations, including but not limited to payroll processing costs; and providing such other and further relief as is just and proper.

*/s/ Daniel R. Fogarty*
Daniel R. Fogarty (FBN 0017532)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida   33602
Telephone: (813) 229-0144
Email:  dfogarty@srbp.com
Attorneys for Debtor

4879-6584-8199, v. 2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Debtor's Emergency Motion for Authorization to Pay Prepetition Wages, Salaries, and Other Employee Benefits* has been furnished on this 1st day of November, 2023, by the Court's CM/ECF System to all parties receiving CM/ECF noticing and by either U.S. mail, email, or facsimile to:

U.S. Small Business Administration
Attn: Thomas A. Todt, District Director
2 North 20th St., #320
Birmingham AL 35203
**Fax: 205.290.7765**

Zodiac US Corporation
c/o Safran USA, Inc.
Attn: Mark G. Melnik, President
2201 W. Royal Lane, #150
Irving, TX 75063
Email: mark.melnick@safrangroup.com

Zodiac US Corporation
c/o Corporation Service Company, Registered Agent
1201 Hays St.
Tallahassee, FL 32301-2525

                                          */s/ Daniel R. Fogarty*
                                          Daniel R. Fogarty

**EXHIBIT A**

**Payroll Register**

Pay Group : ASRP - ASR-PIONEER    Payroll # : 2023-22    Pay Date : 10/26/2023    Period Start Date : 10/09/2023    Period End Date : 10/22/2023    Run Time/Date : 10/23/2023 08:48:14 AM EDT

| Personnel | Hours / Earnings | Rate | Hours/Units | Earnings | Gross | Statutory Deductions | Amount | Voluntary Deductions / Withholding Orders | Amount | Net Pay | Amount | ER Contributions / Reportable Benefits & Earnings | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Department - 1001 - 1001-Prod - FL** | | | | | | | | | | | | | |
| Position ID: 050027 | Reg | 25.0000 | 39.0000 | 975.00 | 2,003.33 | FIT | 332.77 | 401(k) Deduction - Base | 60.10 | 1,078.90 | | SS | 103.35 |
| H Dept: 1001 | Reg | 25.0000 | 31.1333 | 778.33 | | SS | 103.35 | CHDLPT-Child Life PT | 0.43 | Checking Acc# 36244655276 $300.00 | | Medicare | 24.17 |
| Rate Type: Hourly | | | | | | | | | | | | | |
| Rate Amount: 25.0000 | Sick | 25.0000 | 1.0000 | 25.00 | | Medicare | 24.17 | Dental - Pre-Tax | 22.78 | Checking Acc# 410031428847 $50.00 | | 401(k) Deduction - ER Base | 60.10 |
| Tax Freq: Biweekly | Sick | 25.0000 | 9.0000 | 225.00 | | | | Health Savings Acct - Pre Tax - Pre-Tax | 150.00 | Checking Acc# 7151565822 $50.00 | | Dental - ER | 39.28 |
| | | | | | | | | HosIND-Hospital Indemnity - Post-Tax | 20.54 | Checking Acc# 814386911 $628.90 | | Med Cost EE - ER | 577.22 |
| | | | | | | | | Limit Purp FSA - Pre-Tax | 50.00 | Savings Acc# 815926302 $50.00 | | STD ER Cost - ER | 11.08 |
| | | | | | | | | LTD-Long Term - Post-Tax | 7.91 | | | Vision EE Cost - ER | 3.00 |
| | | | | | | | | Med Cost EE - Pre-Tax | 106.62 | | | | |
| | | | | | | | | OPT Life | 6.12 | | | | |
| | | | | | | | | SPDLPT - Spouse Life PT | 1.22 | | | | |
| | | | | | | | | VACC1-Vol Acc | 17.35 | | | | |
| | | | | | | | | VILL 1-Vol Crit Ill - Post-Tax | 9.42 | | | | |
| | | | | | | | | VILL 2-Vol Crit Ill Spouse - Post-Tax | 4.71 | | | | |
| | | | | | | | | Vision EE Cost - Pre-Tax | 6.94 | | | | |
| Position ID: 009589 | Reg | 17.6500 | 80.0000 | 1,412.00 | 2,826.21 | FIT | 250.75 | Dental - Pre-Tax | 6.90 | 2,307.88 | | SS | 173.59 |
| H Dept: 1001 | Reg | 17.6500 | 40.0000 | 706.00 | | SS | 173.59 | HosIND-Hospital Indemnity - Post-Tax | 10.30 | Checking Acc# 5101315373 $2,307.88 | | Medicare | 40.60 |
| Rate Type: Hourly | | | | | | | | | | | | | |
| Rate Amount: 17.6500 | Reg | 17.6500 | 40.0000 | 706.00 | | Medicare | 40.60 | LTD-Long Term - Post-Tax | 6.07 | | | Dental - ER | 8.05 |
| Tax Freq: Biweekly | OT (Straight Pay) | 17.6500 | 0.0167 | 0.29 | | | | Med Cost EE - Pre-Tax | 17.08 | | | Med Cost EE - ER | 196.62 |
| | OT (Premium Pay) | 8.8249 | 0.0167 | 0.15 | | | | VACC1-Vol Acc | 10.69 | | | STD ER Cost - ER | 9.39 |
| | OT (Premium Pay) | 8.8250 | 0.0667 | 0.59 | | | | Vision EE Cost - Pre-Tax | 2.35 | | | Vision EE Cost - ER | 0.55 |
| | OT (Straight Pay) | 17.6500 | 0.0667 | 1.18 | | | | | | | | | |
| Position ID: 009525 | Reg | 21.3600 | 40.0000 | 854.40 | 1,709.34 | FIT | 132.05 | 401(k) Deduction - Base | 85.47 | 935.54 | | SS | 90.42 |
| H Dept: 1001 | Reg | 21.3600 | 40.0000 | 854.40 | | SS | 90.42 | 401(k) Loan 2 | 179.25 | Checking Acc# 10000934603 $935.54 | | Medicare | 21.14 |
| Rate Type: Hourly | | | | | | | | | | | | | |
| Rate Amount: 21.3600 | OT (Premium Pay) | 10.6800 | 0.0167 | 0.18 | | Medicare | 21.14 | Dental - Pre-Tax | 13.81 | | | 401(k) Deduction - ER Base | 68.37 |
| Tax Freq: Biweekly | OT (Straight Pay) | 21.3600 | 0.0167 | 0.36 | | | | Health Savings Acct - Pre Tax - Pre-Tax | 152.00 | | | Dental - ER | 16.52 |
| | | | | | | | | Med Cost EE - Pre-Tax | 80.31 | | | Med Cost EE - ER | 411.19 |
| | | | | | | | | OPT Life | 14.42 | | | STD ER Cost - ER | 11.08 |

**Payroll Register**

| Personnel | Hours / Earnings | Rate | Hours/Units | Earnings | Gross | Statutory Deductions | Amount | Voluntary Deductions / Withholding Orders | Amount | Net Pay | ER Contributions / Reportable Benefits & Earnings | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Vision EE Cost - Pre-Tax | 4.93 | | Vision EE Cost - ER | 0.88 |
| **Department Total 1001 - 1001-Prod - FL** | Regular | | 310.1333 | 6,286.13 | 6,538.88 | FIT | 715.57 | Total Deductions | 1,047.72 | 4,322.32 | Total ER Contributions | 1,866.60 |
| | Total Overtime | | 0.1001 | 2.75 | | SS | 367.36 | | | | | |
| | All Other Hours & Earnings | | 10.0000 | 250.00 | | Medicare | 85.91 | | | | | |
| **Hours Analysis** | OT (Premium Pay) | 0.1001 | | | | OT (Straight Pay) | 0.1001 | | | | Sick | 10.0000 |
| **Earnings Analysis** | OT (Premium Pay) | 0.92 | | | | OT (Straight Pay) | 1.83 | | | | Sick | 250.00 |
| **Voluntary Ded. Analysis** | 401(k) Deduction - Base | 145.57 | | | | 401(k) Loan 2 | 179.25 | | | | CHDLPT-Child Life PT | 0.43 |
| | Dental - Pre-Tax | 43.49 | | | | Health Savings Acct - Pre Tax - Pre-Tax | 302.00 | | | | HosIND-Hospital Indemnity - Post-Tax | 30.84 |
| | Limit Purp FSA - Pre-Tax | 50.00 | | | | LTD-Long Term - Post-Tax | 13.98 | | | | Med Cost EE - Pre-Tax | 204.01 |
| | OPT Life | 20.54 | | | | SPDLPT - Spouse Life PT | 1.22 | | | | VACC1-Vol Acc | 28.04 |
| | VILL 1-Vol Crit III - Post-Tax | 9.42 | | | | VILL 2-Vol Crit III Spouse - Post-Tax | 4.71 | | | | Vision EE Cost - Pre-Tax | 14.22 |
| **Employer Contrib. Analysis** | SS | 367.36 | | | | Medicare | 85.91 | | | | 401(k) Deduction - ER Base | 128.47 |
| | Dental - ER | 63.85 | | | | Med Cost EE - ER | 1,185.03 | | | | STD ER Cost - ER | 31.55 |
| | Vision EE Cost - ER | 4.43 | | | | | | | | | | |
| **Department - 1002 - 1002-Prod - CT** | | | | | | | | | | | | |
| Position ID: 019754<br>H Dept: 1002<br>Rate Type: Hourly<br>Rate Amount: 17.5000<br>Tax Freq: Biweekly | Reg | 17.5000 | 40.0000 | 700.00 | 1,400.00 | FIT | 85.15 | Dental - Pre-Tax | 6.90 | 1,085.81 | SS | 81.39 |
| | Reg | 17.5000 | 40.0000 | 700.00 | | SS | 81.39 | Med Cost EE - Pre-Tax | 80.31 | ADP Check $1,085.81 | Medicare | 19.04 |
| | | | | | | Medicare | 19.04 | | | | Dental - ER | 9.35 |
| | | | | | | CT FMLI | 6.56 | | | | Med Cost EE - ER | 642.13 |
| | | | | | | CT Income Tax | 34.84 | | | | STD ER Cost - ER | 9.30 |
| Position ID: 009482<br>H Dept: 1002<br>Rate Type: Hourly<br>Rate Amount: 19.5500<br>Tax Freq: Biweekly | Reg | 19.5500 | 40.0000 | 782.00 | 1,564.00 | FIT | 67.84 | 401(k) Deduction - Base | 78.20 | 1,159.82 | SS | 92.45 |
| | Reg | 19.5500 | 36.0000 | 703.80 | | SS | 92.45 | Dental - Pre-Tax | 6.90 | Checking Acc# 003853518416 $1,159.82 | Medicare | 21.62 |
| | Sick | 19.5500 | 4.0000 | 78.20 | | Medicare | 21.62 | HosIND-Hospital Indemnity - Post-Tax | 10.30 | | 401(k) Deduction - ER Base | 62.56 |
| | | | | | | CT FMLI | 7.46 | Med Cost EEER1 - Pre-Tax | 63.55 | | Dental - ER | 8.05 |
| | | | | | | CT Income Tax | 42.82 | VACC1-Vol Acc | 10.69 | | Med Cost EEER1 - ER | 225.30 |
| | | | | | | | | Vision EE Cost - Pre-Tax | 2.35 | | STD ER Cost - ER | 10.39 |
| | | | | | | | | | | | Vision EE Cost - ER | 0.55 |
| Position ID: 000361<br>H Dept: 1002<br>Rate Type: Hourly<br>Rate Amount: 28.4600<br>Tax Freq: Biweekly | Reg | 28.4600 | 40.0000 | 1,138.40 | 2,276.80 | FIT | 129.71 | 401(k) Deduction - Base | 341.52 | 1,413.96 | SS | 132.22 |
| | Reg | 28.4600 | 40.0000 | 1,138.40 | | SS | 132.22 | Dental - Pre-Tax | 13.81 | Checking Acc# 103303046606 $1,413.96 | Medicare | 30.93 |
| | | | | | | Medicare | 30.93 | Health Savings Acct - Pre Tax - Pre-Tax | 50.00 | | 401(k) Deduction - ER Base | 91.07 |

**Payroll Register**

| Personnel | Hours / Earnings | Rate | Hours/Units | Earnings | Gross | Statutory Deductions | Amount | Voluntary Deductions / Withholding Orders | Amount | Net Pay | ER Contributions /Reportable Benefits & Earnings | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CT FMLI | 10.66 | Med Cost EE - Pre-Tax | 80.31 | | Dental - ER | 16.52 |
| | | | | | | CT Income Tax | 73.68 | | | | Med Cost EE - ER | 411.19 |
| | | | | | | | | | | | STD ER Cost - ER | 11.08 |
| Position ID: 009464<br>H Dept: 1002<br>Rate Type: Hourly<br>Rate Amount: 18.5200<br>Tax Freq: Biweekly | Reg | 18.5200 | 32.0000 | 592.64 | 1,481.60 | FIT | 63.19 | 401(k) Deduction - Base | 100.00 | 1,008.60 | SS | 80.67 |
| | Reg | 18.5200 | 40.0000 | 740.80 | | SS | 80.67 | Dental - Pre-Tax | 14.49 | Checking Acc# 6500858918 $1,008.60 | Medicare | 18.86 |
| | PTO | 18.5200 | 8.0000 | 148.16 | | Medicare | 18.86 | Health Savings Acct - Pre Tax - Pre-Tax | 100.00 | | 401(k) Deduction - ER Base | 59.26 |
| | | | | | | CT FMLI | 6.51 | Med Cost EE - Pre-Tax | 59.08 | | Dental - ER | 26.63 |
| | | | | | | CT Income Tax | 23.26 | Vision EE Cost - Pre-Tax | 6.94 | | Med Cost EE - ER | 336.26 |
| | | | | | | | | | | | STD ER Cost - ER | 9.84 |
| | | | | | | | | | | | Vision EE Cost - ER | 3.00 |
| Position ID: 009579<br>H Dept: 1002<br>Rate Type: Hourly<br>Rate Amount: 17.6900<br>Tax Freq: Biweekly | Reg | 17.6900 | 32.0000 | 566.08 | 1,273.68 | FIT | 93.56 | 401(k) Loan 1 | 104.48 | 805.68 | SS | 75.40 |
| | Reg | 17.6900 | 40.0000 | 707.60 | | SS | 75.40 | Dental - Pre-Tax | 3.07 | Checking Acc# 7594979 $805.68 | Medicare | 17.64 |
| | | | | | | Medicare | 17.64 | Health Savings Acct - Pre Tax - Pre-Tax | 35.00 | | Dental - ER | 10.38 |
| | | | | | | CT FMLI | 6.08 | Med Cost EE - Pre-Tax | 17.08 | | Med Cost EE - ER | 196.62 |
| | | | | | | CT Income Tax | 24.18 | Roth - ROTH Base | 89.16 | | Roth - ER Base | 63.69 |
| | | | | | | | | Vision EE Cost - Pre-Tax | 2.35 | | STD ER Cost - ER | 9.42 |
| | | | | | | | | | | | Vision EE Cost - ER | 0.55 |
| Position ID: 009642<br>H Dept: 1002<br>Rate Type: Hourly<br>Rate Amount: 17.4300<br>Tax Freq: Biweekly | Reg | 17.4300 | 40.0000 | 697.20 | 1,381.33 | FIT | 125.16 | HosIND-Hospital Indemnity - Post-Tax | 10.30 | 1,021.11 | SS | 81.56 |
| | Reg | 17.4300 | 31.2500 | 544.69 | | SS | 81.56 | LTD-Long Term - Post-Tax | 6.00 | Checking Acc# 004623322530 $1,021.11 | Medicare | 19.07 |
| | Vac | 17.4300 | 8.0000 | 139.44 | | Medicare | 19.07 | Med Cost EE - Pre-Tax | 63.55 | | Med Cost EE - ER | 225.30 |
| | | | | | | CT FMLI | 6.58 | VACC1-Vol Acc | 10.69 | | STD ER Cost - ER | 9.26 |
| | | | | | | CT Income Tax | 34.96 | Vision EE Cost - Pre-Tax | 2.35 | | Vision EE Cost - ER | 0.55 |
| Position ID: 009499<br>H Dept: 1002<br>Rate Type: Hourly<br>Rate Amount: 24.1300<br>Tax Freq: Biweekly | Reg | 24.1300 | 40.0000 | 965.20 | 2,162.65 | FIT | 121.50 | 401(k) Loan 1 | 457.78 | 1,176.49 | SS | 132.41 |
| | Reg | 24.1300 | 25.0000 | 603.25 | | SS | 132.41 | CHDLPT-Child Life PT | 1.72 | Checking Acc# 2159879705 $1,176.49 | Medicare | 30.97 |
| | OT (Straight Pay) | 24.1300 | 5.7500 | 138.75 | | Medicare | 30.97 | Dental - Pre-Tax | 10.13 | | Dental - ER | 44.34 |
| | OT (Premium Pay) | 12.0650 | 5.7500 | 69.37 | | CT FMLI | 10.68 | FSA Medical - Pre-Tax | 10.00 | | Roth - ER Base | 86.51 |
| | Vac | 24.1300 | 16.0000 | 386.08 | | CT Income Tax | 90.13 | Roth - ROTH Base | 108.13 | | STD ER Cost - ER | 11.08 |
| | | | | | | | | SPDLPT - Spouse Life PT | 5.77 | | Vision EE Cost - ER | 3.00 |
| | | | | | | | | Vision EE Cost - Pre-Tax | 6.94 | | | |
| **Sullivan, Robert**<br>Position ID: 009605 | Reg | 17.6600 | 40.0000 | 706.40 | 1,412.80 | FIT | 99.94 | 401(k) Deduction - Base | 70.64 | 938.23 | SS | 83.08 |

**Payroll Register**

| Personnel | Hours / Earnings | Rate | Hours/Units | Earnings | Gross | Statutory Deductions | Amount | Voluntary Deductions / Withholding Orders | Amount | Net Pay | ER Contributions /Reportable Benefits & Earnings | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H Dept: 1002<br>Rate Type: Hourly<br>Rate Amount: 17.6600<br>Tax Freq: Biweekly | Reg | 17.6600 | 32.0000 | 565.12 | | SS | 83.08 | 401(k) Loan 1 | 81.17 | Checking Acc# 23048473 $738.23 | Medicare | 19.43 |
| | PTO | 17.6600 | 8.0000 | 141.28 | | Medicare | 19.43 | Dental - Pre-Tax | 6.90 | Checking Acc# 6500182032 $200.00 | 401(k) Deduction - ER Base | 56.51 |
| | | | | | | CT FMLI | 6.70 | Med Cost EE - Pre-Tax | 63.55 | | Dental - ER | 8.05 |
| | | | | | | CT Income Tax | 40.81 | Vision EE Cost - Pre-Tax | 2.35 | | Med Cost EE - ER | 225.30 |
| | | | | | | | | | | | STD ER Cost - ER | 9.39 |
| | | | | | | | | | | | Vision EE Cost - ER | 0.55 |
| **Department Total 1002 - 1002-Prod - CT** | Regular | | 588.2500 | 11,851.58 | 12,952.86 | FIT | 786.05 | Total Deductions | 2,194.46 | 8,609.70 | Total ER Contributions | 3,829.72 |
| | Total Overtime | | 5.7500 | 208.12 | | SS | 759.18 | | | | | |
| | All Other Hours & Earnings | | 44.0000 | 893.16 | | Medicare | 177.56 | | | | | |
| | | | | | | State Income Tax | 425.91 | | | | | |
| **Hours Analysis** | OT (Premium Pay) | 5.7500 | | | | OT (Straight Pay) | 5.7500 | | | | PTO | 16.0000 |
| | Sick | 4.0000 | | | | Vac | 24.0000 | | | | | |
| **Earnings Analysis** | OT (Premium Pay) | 69.37 | | | | OT (Straight Pay) | 138.75 | | | | PTO | 289.44 |
| | Sick | 78.20 | | | | Vac | 525.52 | | | | | |
| **Statutory Ded. Analysis** | CT FMLI | 61.23 | | | | CT Income Tax | 364.68 | | | | | |
| **Voluntary Ded. Analysis** | 401(k) Deduction - Base | 590.36 | | | | 401(k) Loan 1 | 643.43 | | | | CHDLPT-Child Life PT | 1.72 |
| | Dental - Pre-Tax | 62.20 | | | | FSA Medical - Pre-Tax | 10.00 | | | | Health Savings Acct - Pre Tax - Pre-Tax | 185.00 |
| | HosIND-Hospital Indemnity - Post-Tax | 20.60 | | | | LTD-Long Term - Post-Tax | 6.00 | | | | Med Cost EE - Pre-Tax | 363.88 |
| | Med Cost EEER1 - Pre-Tax | 63.55 | | | | Roth - ROTH Base | 197.29 | | | | SPDLPT - Spouse Life PT | 5.77 |
| | VACC1-Vol Acc | 21.38 | | | | Vision EE Cost - Pre-Tax | 23.28 | | | | | |
| **Employer Contrib. Analysis** | SS | 759.18 | | | | Medicare | 177.56 | | | | 401(k) Deduction - ER Base | 269.40 |
| | Dental - ER | 123.32 | | | | Med Cost EE - ER | 2,036.80 | | | | Med Cost EEER1 - ER | 225.30 |
| | Roth - ER Base | 150.20 | | | | STD ER Cost - ER | 79.76 | | | | Vision EE Cost - ER | 8.20 |
| **Department - 103 - 103-Administration - MS** | | | | | | | | | | | | |
| Position ID: 500636<br>H Dept: 103<br>Rate Type: Salary<br>Rate Amount: 2,626.50<br>Tax Freq: Biweekly | Reg | 2,626.5000 | 80.0000 | 2,626.50 | 2,626.50 | FIT | 228.14 | 401(k) Deduction - Base | 131.32 | 1,733.30 | SS | 156.32 |
| | | | | | | SS | 156.32 | 401(k) Loan 1 | 75.00 | Checking Acc# 221071059 $1,500.00 | Medicare | 36.56 |
| | | | | | | Medicare | 36.56 | CHDLPT-Child Life PT | 1.72 | Savings Acc# 221071067 $233.30 | 401(k) Deduction - ER Base | 105.06 |
| | | | | | | MS Income Tax | 96.00 | Dental - Pre-Tax | 6.45 | | Dental - ER | 31.43 |
| | | | | | | | | Health Savings Acct - Pre Tax - Pre-Tax | 35.00 | | Med Cost EE - ER | 336.26 |
| | | | | | | | | HosIND-Hospital Indemnity - Post-Tax | 15.37 | | STD ER Cost - ER | 11.08 |
| | | | | | | | | Med Cost EE - Pre-Tax | 59.08 | | Vision EE Cost - ER | 1.66 |
| | | | | | | | | OPT Life | 20.19 | | | |

**Payroll Register**

| Personnel | Hours / Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions / Withholding Orders | | Net Pay | ER Contributions / Reportable Benefits & Earnings | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Rate | Hours/Units | Earnings | | | Amount | | Amount | | | Amount |
| | | | | | | VACC1-Vol Acc | 18.06 | | | | | |
| | | | | | | VILL 1-Vol Crit Ill - Post-Tax | 9.42 | | | | | |
| | | | | | | Vision EE Cost - Pre-Tax | 4.57 | | | | | |
| **Department Total 103 - 103-Administration - MS** | Regular | | 80.0000 | 2,626.50 | 2,626.50 | FIT | 228.14 | Total Deductions | 376.18 | 1,733.30 | Total ER Contributions | 678.37 |
| | | | | | | SS | 156.32 | | | | | |
| | | | | | | Medicare | 36.56 | | | | | |
| | | | | | | State Income Tax | 96.00 | | | | | |
| **Statutory Ded. Analysis** | MS Income Tax | 96.00 | | | | | | | | | | |
| **Voluntary Ded. Analysis** | 401(k) Deduction - Base | 131.32 | | | | 401(k) Loan 1 | 75.00 | | | | CHDLPT-Child Life PT | 1.72 |
| | Dental - Pre-Tax | 6.45 | | | | Health Savings Acct - Pre Tax - Pre-Tax | 35.00 | | | | HosIND-Hospital Indemnity - Post-Tax | 15.37 |
| | Med Cost EE - Pre-Tax | 59.08 | | | | OPT Life | 20.19 | | | | VACC1-Vol Acc | 18.06 |
| | VILL 1-Vol Crit Ill - Post-Tax | 9.42 | | | | Vision EE Cost - Pre-Tax | 4.57 | | | | | |
| **Employer Contrib. Analysis** | SS | 156.32 | | | | Medicare | 36.56 | | | | 401(k) Deduction - ER Base | 105.06 |
| | Dental - ER | 31.43 | | | | Med Cost EE - ER | 336.26 | | | | STD ER Cost - ER | 11.08 |
| | Vision EE Cost - ER | 1.66 | | | | | | | | | | |
| **Department - 1101 - 1101-Prod Mgt - FL** | | | | | | | | | | | | |
| Position ID: 000294<br>H Dept: 1101<br>Rate Type: Salary<br>Rate Amount: 3,802.04<br>Tax Freq: Biweekly | Reg | 3,802.0400 | 80.0000 | 3,802.04 | 3,802.04 | FIT | 538.78 | | | 2,972.40 | SS | 235.73 |
| | Vac | | 10.0000 | | | SS | 235.73 | | | Checking Acc# 7025745717 $2,972.40 | Medicare | 55.13 |
| | | | | | | Medicare | 55.13 | | | | STD ER Cost - ER | 11.08 |
| Position ID: 009626<br>H Dept: 1101<br>Rate Type: Salary<br>Rate Amount: 2,971.16<br>Tax Freq: Biweekly | Reg | 2,971.1600 | 80.0000 | 2,971.16 | 2,971.16 | FIT | 428.75 | | | 2,315.12 | SS | 184.21 |
| | | | | | | SS | 184.21 | | | Checking Acc# 273875 $2,315.12 | Medicare | 43.08 |
| | | | | | | Medicare | 43.08 | | | | STD ER Cost - ER | 11.08 |
| Position ID: 000289<br>H Dept: 1101<br>Rate Type: Salary<br>Rate Amount: 3,804.50<br>Tax Freq: Biweekly | Reg | 3,804.5000 | 80.0000 | 3,804.50 | 3,804.50 | FIT | 524.43 | Dental - Pre-Tax | 22.78 | 2,621.05 | SS | 211.18 |
| | Sick | | 10.0000 | | | SS | 211.18 | FSA Medical - Pre-Tax | 82.19 | Savings Acc# 3178044479 $100.00 | Medicare | 49.39 |
| | | | | | | Medicare | 49.39 | Med Cost EE - Pre-Tax | 286.54 | Checking Acc# 7152404054 $150.00 | Dental - ER | 39.28 |

**Payroll Register**

| Personnel | Hours / Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions / Withholding Orders | | Net Pay | | ER Contributions / Reportable Benefits & Earnings | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Rate | Hours/Units | Earnings | | | Amount | | Amount | | | | Amount |
| | | | | | | | | Vision EE Cost - Pre-Tax | 6.94 | Checking Acc# 778052010528 $2,246.05 | | Med Cost EE - ER | 637.78 |
| | | | | | | | | | | Savings Acc# 778053006210 $125.00 | | STD ER Cost - ER | 11.08 |
| | | | | | | | | | | | | Vision EE Cost - ER | 3.00 |
| **Department Total 1101 - 1101-Prod Mgt - FL** | Regular | | 240.0000 | 10,577.70 | 10,577.70 | FIT | 1,491.96 | Total Deductions | 398.45 | | 7,908.57 | Total ER Contributions | 1,492.02 |
| | All Other Hours & Earnings | | 20.0000 | | | SS | 631.12 | | | | | | |
| | | | | | | Medicare | 147.60 | | | | | | |
| **Hours Analysis** | Sick | | 10.0000 | | | Vac | 10.0000 | | | | | | |
| **Voluntary Ded. Analysis** | Dental - Pre-Tax | 22.78 | | | | FSA Medical - Pre-Tax | 82.19 | | | | | Med Cost EE - Pre-Tax | 286.54 |
| | Vision EE Cost - Pre-Tax | 6.94 | | | | | | | | | | | |
| **Employer Contrib. Analysis** | SS | 631.12 | | | | Medicare | 147.60 | | | | | Dental - ER | 39.28 |
| | Med Cost EE - ER | 637.78 | | | | STD ER Cost - ER | 33.24 | | | | | Vision EE Cost - ER | 3.00 |
| **Department - 1102 - 1102-Prod Mgt - CT** | | | | | | | | | | | | | |
| Position ID: 000243<br>H Dept: 1102<br>Rate Type: Salary<br>Rate Amount: 3,419.28<br>Tax Freq: Biweekly | Reg | 3,419.2800 | 80.0000 | 3,419.28 | 3,419.28 | FIT | 274.87 | 401(k) Deduction - Base | 170.96 | | 2,293.20 | SS | 195.02 |
| | | | | | | SS | 195.02 | Dental - Pre-Tax | 13.81 | Checking Acc# 4356946322 $2,293.20 | | Medicare | 45.61 |
| | | | | | | Medicare | 45.61 | Health Savings Acct - Pre Tax - Pre-Tax | 160.00 | | | 401(k) Deduction - ER Base | 136.77 |
| | | | | | | CT FMLI | 15.73 | LTD-Long Term - Pre-Tax | 14.70 | | | Dental - ER | 16.52 |
| | | | | | | CT Income Tax | 150.14 | Med Cost EE - Pre-Tax | 80.31 | | | Med Cost EE - ER | 411.19 |
| | | | | | | | | Vision EE Cost - Pre-Tax | 4.93 | | | STD ER Cost - ER | 11.08 |
| | | | | | | | | | | | | Vision EE Cost - ER | 0.88 |
| **Department Total 1102 - 1102-Prod Mgt - CT** | Regular | | 80.0000 | 3,419.28 | 3,419.28 | FIT | 274.87 | Total Deductions | 444.71 | | 2,293.20 | Total ER Contributions | 817.07 |
| | | | | | | SS | 195.02 | | | | | | |
| | | | | | | Medicare | 45.61 | | | | | | |
| | | | | | | State Income Tax | 165.87 | | | | | | |
| **Statutory Ded. Analysis** | CT FMLI | 15.73 | | | | CT Income Tax | 150.14 | | | | | | |
| **Voluntary Ded. Analysis** | 401(k) Deduction - Base | 170.96 | | | | Dental - Pre-Tax | 13.81 | | | | | Health Savings Acct - Pre Tax - Pre-Tax | 160.00 |
| | LTD-Long Term - Pre-Tax | 14.70 | | | | Med Cost EE - Pre-Tax | 80.31 | | | | | Vision EE Cost - Pre-Tax | 4.93 |
| **Employer Contrib. Analysis** | SS | 195.02 | | | | Medicare | 45.61 | | | | | 401(k) Deduction - ER Base | 136.77 |
| | Dental - ER | 16.52 | | | | Med Cost EE - ER | 411.19 | | | | | STD ER Cost - ER | 11.08 |
| | Vision EE Cost - ER | 0.88 | | | | | | | | | | | |
| **Department - 2 - 2-Accounting** | | | | | | | | | | | | | |
| Position ID: 019753 | Reg | 2,575.0000 | 80.0000 | 2,575.00 | 2,575.00 | FIT | 148.78 | 401(k) Deduction - Base | 128.75 | | 2,100.48 | SS | 159.65 |

**Payroll Register**

| Personnel | Hours / Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions / Withholding Orders | | Net Pay | ER Contributions / Reportable Benefits & Earnings | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Rate | Hours/Units | Earnings | | | Amount | | Amount | | | Amount |
| H Dept: 2<br>Rate Type: Salary<br>Rate Amount: 2,575.00<br>Tax Freq: Biweekly | | | | | | SS<br>Medicare | 159.65<br>37.34 | | | Checking Acc# 320507015 $2,100.48 | Medicare<br>401(k) Deduction - ER Base | 37.34<br>103.00 |
| Position ID: 009566<br>H Dept: 2<br>Rate Type: Salary<br>Rate Amount: 2,500.00<br>Tax Freq: Biweekly | Reg | 2,500.0000 | 80.0000 | 2,500.00 | 2,500.00 | FIT<br>SS<br>Medicare<br>CT FMLI<br>CT Income Tax | 80.21<br>146.55<br>34.28<br>11.82<br>105.52 | Dental - Pre-Tax<br>Med Cost EE - Pre-Tax<br>Roth - ROTH Base<br>Vision EE Cost - Pre-Tax | 22.78<br>106.62<br>75.00<br>6.94 | 1,910.28<br>Checking Acc# 048240966 $300.00<br>Savings Acc# 100059154 $1,610.28 | SS<br>Medicare<br>Dental - ER<br>Med Cost EE - ER<br>Roth - ER Base<br>STD ER Cost - ER<br>Vision EE Cost - ER | 146.55<br>34.28<br>39.28<br>577.22<br>75.00<br>11.08<br>3.00 |
| **Department Total 2 - 2- Accounting** | Regular | | 160.0000 | 5,075.00 | 5,075.00 | FIT<br>SS<br>Medicare<br>State Income Tax | 228.99<br>306.20<br>71.62<br>117.34 | Total Deductions | 340.09 | 4,010.76 | Total ER Contributions | 1,186.40 |
| **Statutory Ded. Analysis** | CT FMLI | 11.82 | | | | CT Income Tax | 105.52 | | | | | |
| **Voluntary Ded. Analysis** | 401(k) Deduction - Base<br>Roth - ROTH Base | 128.75<br>75.00 | | | | Dental - Pre-Tax<br>Vision EE Cost - Pre-Tax | 22.78<br>6.94 | | | | Med Cost EE - Pre-Tax | 106.62 |
| **Employer Contrib. Analysis** | SS<br>Dental - ER<br>STD ER Cost - ER | 306.20<br>39.28<br>11.08 | | | | Medicare<br>Med Cost EE - ER<br>Vision EE Cost - ER | 71.62<br>577.22<br>3.00 | | | | 401(k) Deduction - ER Base<br>Roth - ER Base | 103.00<br>75.00 |
| **Department - 302 - 302-Purchasing - CT** | | | | | | | | | | | | |
| Position ID: 009570<br>H Dept: 302<br>Rate Type: Salary<br>Rate Amount: 3,083.70<br>Tax Freq: Biweekly | Reg<br>Vac | 3,083.7000 | 80.0000<br>16.0000 | 3,083.70 | 3,083.70 | FIT<br>SS<br>Medicare<br>CT FMLI<br>CT Income Tax | 418.21<br>166.53<br>38.95<br>13.43<br>118.81 | 401(k) Deduction - Base<br>CHDLPT-Child Life PT<br>Dental - Pre-Tax<br>Health Savings Acct - Pre Tax - Pre-Tax<br>LTD-Long Term - Pre-Tax<br>Med Cost EE - Pre-Tax<br>OPTLPT- Opt Life PT - Pre-Tax<br>SPDLPT - Spouse Life PT | 215.86<br>1.72<br>22.78<br>243.00<br>13.26<br>106.62<br>8.56<br>2.45 | 1,708.59<br>Savings Acc# 0832145205 $150.00<br>Checking Acc# 0832145726 $75.00<br>Checking Acc# 104425385 $1,333.59<br>Savings Acc# 107632357 $150.00 | SS<br>Medicare<br>401(k) Deduction - ER Base<br>Dental - ER<br>Med Cost EE - ER<br>OPTLPT- Opt Life PT - Imputed Income - Pre-Tax<br>STD ER Cost - ER<br>Vision EE Cost - ER | 166.53<br>38.95<br>123.35<br>39.28<br>577.22<br>1.38<br>11.08<br>0.88 |

**Payroll Register**

| Personnel | Hours / Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions / Withholding Orders | | Net Pay | ER Contributions /Reportable Benefits & Earnings | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Rate | Hours/Units | Earnings | | | Amount | | Amount | | | Amount |
| | | | | | | Vision EE Cost - Pre-Tax | 4.93 | | | | | |
| **Department Total 302 - 302-Purchasing - CT** | Regular | | 80.0000 | 3,083.70 | 3,083.70 | FIT | 418.21 | Total Deductions | 619.18 | 1,708.59 | Total ER Contributions | 957.29 |
| | All Other Hours & Earnings | | 16.0000 | | | SS | 166.53 | | | | Total Reportable Benefits & Earnings | 1.38 |
| | | | | | | Medicare | 38.95 | | | | | |
| | | | | | | State Income Tax | 132.24 | | | | | |
| **Hours Analysis** | Vac | | 16.0000 | | | | | | | | | |
| **Statutory Ded. Analysis** | CT FMLI | | 13.43 | | | CT Income Tax | 118.81 | | | | | |
| **Voluntary Ded. Analysis** | 401(k) Deduction - Base | | 215.86 | | | CHDLPT-Child Life PT | 1.72 | | | | Dental - Pre-Tax | 22.78 |
| | Health Savings Acct - Pre Tax - Pre-Tax | | 243.00 | | | LTD-Long Term - Pre-Tax | 13.26 | | | | Med Cost EE - Pre-Tax | 106.62 |
| | OPTLPT- Opt Life PT - Pre-Tax | | 8.56 | | | SPDLPT - Spouse Life PT | 2.45 | | | | Vision EE Cost - Pre-Tax | 4.93 |
| **Employer Contrib. Analysis** | SS | | 166.53 | | | Medicare | 38.95 | | | | 401(k) Deduction - ER Base | 123.35 |
| | Dental - ER | | 39.28 | | | Med Cost EE - ER | 577.22 | | | | STD ER Cost - ER | 11.08 |
| | Vision EE Cost - ER | | 0.88 | | | | | | | | | |
| **Reportable Benefits & Earnings Analysis** | OPTLPT- Opt Life PT - Imputed Income - Pre-Tax | | 1.38 | | | | | | | | | |
| **Department - 4 - 4-Quality Control** | | | | | | | | | | | | |
| Position ID: 009599 H Dept: 4 Rate Type: Salary Rate Amount: 4,234.62 Tax Freq: Biweekly | Reg | 4,234.6200 | 80.0000 | 4,234.62 | 4,234.62 | FIT | 254.39 | CSAL | 16.00 | 2,564.60 | SS | 254.60 |
| | | | | | | SS | 254.60 | CSAL - ER Fee | 2.00 | Checking Acc# 253626587 $2,464.60 | Medicare | 59.54 |
| | | | | | | Medicare | 59.54 | CSDispAL1 | 34.62 | Checking Acc# 36173737188 $100.00 | Dental - ER | 26.63 |
| | | | | | | MS Income Tax | 153.00 | CSDispAL1 - ER Fee | 2.00 | | Med Cost EE - ER | 336.26 |
| | | | | | | | | CSDispAL2 | 23.08 | | STD ER Cost - ER | 11.08 |
| | | | | | | | | CSDispAL2 - ER Fee | 2.00 | | Vision EE Cost - ER | 1.66 |
| | | | | | | | | CSDispGA | 277.61 | | | |
| | | | | | | | | CSDispGA - ER Fee | 2.00 | | | |
| | | | | | | | | CSDispKY | 390.00 | | | |
| | | | | | | | | CSDispKY - ER Fee | 2.00 | | | |
| | | | | | | | | Dental - Pre-Tax | 14.49 | | | |
| | | | | | | | | Health Savings Acct - Pre Tax - Pre-Tax | 50.00 | | | |
| | | | | | | | | HosIND-Hospital Indemnity - Post-Tax | 15.37 | | | |
| | | | | | | | | LTD-Long Term - Post-Tax | 18.21 | | | |
| | | | | | | | | Med Cost EE - Pre-Tax | 59.08 | | | |
| | | | | | | | | VACC1-Vol Acc | 18.06 | | | |

**Payroll Register**

| Personnel | Hours / Earnings | Rate | Hours/Units | Earnings | Gross | Statutory Deductions | Amount | Voluntary Deductions / Withholding Orders | Amount | Net Pay | ER Contributions / Reportable Benefits & Earnings | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | VILL 1-Vol Crit Ill - Post-Tax | 17.40 | | | |
| | | | | | | | | Vision EE Cost - Pre-Tax | 4.57 | | | |
| **Department Total 4 - 4-Quality Control** | Regular | | 80.0000 | 4,234.62 | 4,234.62 | FIT | 254.39 | Total Deductions | 948.49 | 2,564.60 | Total ER Contributions | 689.77 |
| | | | | | | SS | 254.60 | | | | | |
| | | | | | | Medicare | 59.54 | | | | | |
| | | | | | | State Income Tax | 153.00 | | | | | |
| **Statutory Ded. Analysis** | MS Income Tax | 153.00 | | | | | | | | | | |
| **Voluntary Ded. Analysis** | CSAL | 16.00 | | | | CSAL - ER Fee | 2.00 | | | | CSDispAL1 | 34.62 |
| | CSDispAL1 - ER Fee | 2.00 | | | | CSDispAL2 | 23.08 | | | | CSDispAL2 - ER Fee | 2.00 |
| | CSDispGA | 277.61 | | | | CSDispGA - ER Fee | 2.00 | | | | CSDispKY | 390.00 |
| | CSDispKY - ER Fee | 2.00 | | | | Dental - Pre-Tax | 14.49 | | | | Health Savings Acct - Pre Tax - Pre-Tax | 50.00 |
| | HosIND-Hospital Indemnity - Post-Tax | 15.37 | | | | LTD-Long Term - Post-Tax | 18.21 | | | | Med Cost EE - Pre-Tax | 59.08 |
| | VACC1-Vol Acc | 18.06 | | | | VILL 1-Vol Crit Ill - Post-Tax | 17.40 | | | | Vision EE Cost - Pre-Tax | 4.57 |
| **Employer Contrib. Analysis** | SS | 254.60 | | | | Medicare | 59.54 | | | | Dental - ER | 26.63 |
| | Med Cost EE - ER | 336.26 | | | | STD ER Cost - ER | 11.08 | | | | Vision EE Cost - ER | 1.66 |
| **Department - 5 - 5-Contract/sales** | | | | | | | | | | | | |
| [redacted] Position ID: 000304 H Dept: 5 Rate Type: Salary Rate Amount: 7,192.32 Tax Freq: Biweekly | Reg | 7,192.3200 | 80.0000 | 7,192.32 | 7,192.32 | FIT | 1,068.07 | 401(k) Deduction - Base | 1,078.85 | 4,058.77 | SS | 441.41 |
| | | | | | | SS | 441.41 | Dental - Pre-Tax | 6.90 | ADP Check $4,058.77 | Medicare | 103.23 |
| | | | | | | Medicare | 103.23 | Med Cost EE - Pre-Tax | 63.55 | | 401(k) Deduction - ER Base | 287.69 |
| | | | | | | CT FMLI | 35.60 | Vision EE Cost - Pre-Tax | 2.35 | | Dental - ER | 8.05 |
| | | | | | | CT Income Tax | 333.59 | | | | Med Cost EE - ER | 225.30 |
| | | | | | | | | | | | STD ER Cost - ER | 11.08 |
| | | | | | | | | | | | Vision EE Cost - ER | 0.55 |
| **Department Total 5 - 5-Contract/sales** | Regular | | 80.0000 | 7,192.32 | 7,192.32 | FIT | 1,068.07 | Total Deductions | 1,151.65 | 4,058.77 | Total ER Contributions | 1,077.31 |
| | | | | | | SS | 441.41 | | | | | |
| | | | | | | Medicare | 103.23 | | | | | |
| | | | | | | State Income Tax | 369.19 | | | | | |
| **Statutory Ded. Analysis** | CT FMLI | 35.60 | | | | CT Income Tax | 333.59 | | | | | |
| **Voluntary Ded. Analysis** | 401(k) Deduction - Base | 1,078.85 | | | | Dental - Pre-Tax | 6.90 | | | | Med Cost EE - Pre-Tax | 63.55 |
| | Vision EE Cost - Pre-Tax | 2.35 | | | | | | | | | | |
| **Employer Contrib. Analysis** | SS | 441.41 | | | | Medicare | 103.23 | | | | 401(k) Deduction - ER Base | 287.69 |
| | Dental - ER | 8.05 | | | | Med Cost EE - ER | 225.30 | | | | STD ER Cost - ER | 11.08 |
| | Vision EE Cost - ER | 0.55 | | | | | | | | | | |

**Payroll Register**

| Personnel | Hours / Earnings | | | Gross | Statutory Deductions | | Voluntary Deductions / Withholding Orders | | Net Pay | | ER Contributions / Reportable Benefits & Earnings | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rate | Hours/Units | Earnings | | | Amount | | Amount | | | | Amount |
| **Department - 902 - 902-Eng - CT** | | | | | | | | | | | | |
| Position ID: 000317<br>H Dept: 902<br>Rate Type: Salary<br>Rate Amount: 2,064.04<br>Tax Freq: Biweekly | Reg | 2,064.0400 | 80.0000 | 2,064.04 | 2,064.04 FIT | 160.87 | 401(k) Deduction - Base | 103.20 | | 1,535.43 | SS | 126.91 |
| | | | | | SS | 126.91 | Med Cost EE - Pre-Tax | 17.08 | Checking Acc# 6575102157 $1,535.43 | | Medicare | 29.68 |
| | | | | | Medicare | 29.68 | | | | | 401(k) Deduction - ER Base | 82.57 |
| | | | | | CT FMLI | 10.23 | | | | | Med Cost EE - ER | 196.62 |
| | | | | | CT Income Tax | 80.64 | | | | | STD ER Cost - ER | 11.08 |
| Position ID: 050022<br>H Dept: 902<br>Rate Type: Salary<br>Rate Amount: 2,884.63<br>Tax Freq: Biweekly | Reg | 2,884.6300 | 80.0000 | 2,884.63 | 2,884.63 FIT | 336.95 | | | | 2,168.18 | SS | 178.84 |
| | Sick | | 8.0000 | | SS | 178.84 | | | Checking Acc# 401140817 $2,168.18 | | Medicare | 41.82 |
| | | | | | Medicare | 41.82 | | | | | STD ER Cost - ER | 11.08 |
| | | | | | CT FMLI | 14.42 | | | | | | |
| | | | | | CT Income Tax | 144.42 | | | | | | |
| Position ID: 000275<br>H Dept: 902<br>Rate Type: Salary<br>Rate Amount: 3,718.96<br>Tax Freq: Biweekly | Reg | 3,718.9600 | 80.0000 | 3,718.96 | 3,718.96 FIT | 461.84 | 401(k) Deduction - Base | 148.76 | | 2,499.88 | SS | 223.27 |
| | PTO | | 4.0000 | | SS | 223.27 | Dental - Pre-Tax | 6.45 | Checking Acc# 007805755332 $2,499.88 | | Medicare | 52.22 |
| | | | | | Medicare | 52.22 | Health Savings Acct - Pre Tax - Pre-Tax | 50.00 | | | 401(k) Deduction - ER Base | 130.16 |
| | | | | | CT FMLI | 18.01 | Med Cost EE - Pre-Tax | 59.08 | | | Dental - ER | 31.43 |
| | | | | | CT Income Tax | 177.95 | OPT Life | 19.15 | | | Med Cost EE - ER | 336.26 |
| | | | | | | | Vision EE Cost - Pre-Tax | 2.35 | | | STD ER Cost - ER | 11.08 |
| | | | | | | | | | | | Vision EE Cost - ER | 0.55 |
| Position ID: 000239<br>H Dept: 902<br>Rate Type: Salary<br>Rate Amount: 4,961.00<br>Tax Freq: Biweekly | Reg | 4,961.0000 | 80.0000 | 4,961.00 | 4,961.00 FIT | 626.62 | 401(k) Deduction - Base | 297.66 | | 2,954.61 | SS | 278.94 |
| | | | | | SS | 278.94 | Dental - Pre-Tax | 13.81 | Checking Acc# 0021189388 $2,954.61 | | Medicare | 65.24 |
| | | | | | Medicare | 65.24 | Health Savings Acct - Pre Tax - Pre-Tax | 280.78 | | | 401(k) Deduction - ER Base | 198.44 |
| | | | | | CT FMLI | 22.49 | Limit Purp FSA - Pre-Tax | 82.21 | | | Dental - ER | 16.52 |
| | | | | | CT Income Tax | 223.23 | LTD-Long Term - Post-Tax | 19.26 | | | Med Cost EE - ER | 411.19 |
| | | | | | | | Med Cost EE - Pre-Tax | 80.31 | | | STD ER Cost - ER | 11.08 |
| | | | | | | | SPDLPT - Spouse Life PT | 10.91 | | | Vision EE Cost - ER | 0.88 |
| | | | | | | | Vision EE Cost - Pre-Tax | 4.93 | | | | |
| Position ID: 000253<br>H Dept: 902<br>Rate Type: Salary<br>Rate Amount: 3,940.26 | Reg | 3,940.2600 | 80.0000 | 3,940.26 | 3,940.26 FIT | 508.99 | 401(k) Deduction - Base | 394.03 | | 2,289.71 | SS | 231.25 |
| | Sick | | 8.0000 | | SS | 231.25 | Dental - Pre-Tax | 6.14 | Checking Acc# 6573560183 $2,289.71 | | Medicare | 54.08 |

**Payroll Register**

| Personnel | Hours / Earnings | Rate | Hours/Units | Earnings | Gross | Statutory Deductions | Amount | Voluntary Deductions / Withholding Orders | Amount | Net Pay | ER Contributions /Reportable Benefits & Earnings | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tax Freq:    Biweekly | | | | | | Medicare | 54.08 | Med Cost EE - Pre-Tax | 199.30 | | 401(k) Deduction - ER Base | 157.61 |
| | | | | | | CT FMLI | 18.65 | Vision EE Cost - Pre-Tax | 4.93 | | Dental - ER | 20.77 |
| | | | | | | CT Income Tax | 233.18 | | | | Med Cost EE - ER | 465.06 |
| | | | | | | | | | | | STD ER Cost - ER | 11.08 |
| | | | | | | | | | | | Vision EE Cost - ER | 0.88 |
| Position ID:  000223  H Dept:    902  Rate Type:  Salary  Rate Amount: 4,840.74  Tax Freq:  Biweekly | Reg | 4,840.7400 | 80.0000 | 4,840.74 | 4,840.74 | FIT | 1,002.31 | Dental - Pre-Tax | 6.90 | 3,119.81 | SS | 295.61 |
| | | | | | | SS | 295.61 | Med Cost EE - Pre-Tax | 63.55 | Checking Acc# 00000051300010611 $3,119.81 | Medicare | 69.14 |
| | | | | | | Medicare | 69.14 | Vision EE Cost - Pre-Tax | 2.35 | | Dental - ER | 8.05 |
| | | | | | | CT FMLI | 23.84 | | | | Med Cost EE - ER | 225.30 |
| | | | | | | CT Income Tax | 257.23 | | | | STD ER Cost - ER | 11.08 |
| | | | | | | | | | | | Vision EE Cost - ER | 0.55 |
| **Department Total 902 - 902-Eng - CT** | Regular | | 480.0000 | 22,409.63 | 22,409.63 | FIT | 3,097.58 | Total Deductions | 1,873.14 | 14,567.62 | Total ER Contributions | 3,996.32 |
| | **All Other Hours & Earnings** | | 20.0000 | | | SS | 1,334.82 | | | | | |
| | | | | | | **Medicare** | 312.18 | | | | | |
| | | | | | | **State Income Tax** | 1,224.29 | | | | | |
| **Hours Analysis** | PTO | 4.0000 | | | | Sick | 16.0000 | | | | | |
| **Statutory Ded. Analysis** | CT FMLI | 107.64 | | | | CT Income Tax | 1,116.65 | | | | | |
| **Voluntary Ded. Analysis** | 401(k) Deduction - Base | 943.65 | | | | Dental - Pre-Tax | 33.30 | | | | Health Savings Acct - Pre Tax - Pre-Tax | 330.78 |
| | Limit Purp FSA - Pre-Tax | 82.21 | | | | LTD-Long Term - Post-Tax | 19.26 | | | | Med Cost EE - Pre-Tax | 419.32 |
| | OPT Life | 19.15 | | | | SPDLPT - Spouse Life PT | 10.91 | | | | Vision EE Cost - Pre-Tax | 14.56 |
| **Employer Contrib. Analysis** | SS | 1,334.82 | | | | Medicare | 312.18 | | | | 401(k) Deduction - ER Base | 568.78 |
| | Dental - ER | 76.77 | | | | Med Cost EE - ER | 1,634.43 | | | | STD ER Cost - ER | 66.48 |
| | Vision EE Cost - ER | 2.86 | | | | | | | | | | |