UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Pioneer Aerospace Corporation,   Case No.: 6:23-bk-04643

Chapter 11, Subchapter V

Debtor.
_____/

## NOTICE OF APPEARANCE

On behalf of Mary Ida Townson, the United States Trustee for Region 21, Scott Bomkamp files this Notice of Appearance for Purposes of CM/ECF.

Dated:   November 1, 2023

Respectfully Submitted,

Mary Ida Townson
United States Trustee for Region 21

*/s/  Scott Bomkamp*
Scott Bomkamp, Trial Attorney
Indiana Bar No.: 28475-49
Office of the United States Trustee
U.S. Department of Justice
400 W. Washington St., Suite 1100
Orlando, FL 32801
Telephone No.:   (407) 648-6069
Facsimile No.:    (407) 648-6323
Email: scott.e.bomkamp@usdoj.gov