**[Dntcdfnc]** [District Notice Deficient Filing New Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                      Case No. 6:23−bk−04643−GER
                                                            Chapter 11

Pioneer Aerospace Corporation
dba ASR−Pioneer


_____Debtor*_____/


NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

   On November 1, 2023 the above named Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules and/or other filed papers of this Debtor. Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if Debtor fails to timely correct the noted deficiency.

   Debtors who are not represented by an attorney shall cure deficiencies by filing the required papers with the Court in person at the Court or by email, facsimile ("fax"), U.S. Mail, or other delivery. Debtors are strongly encouraged to file by email as there may be delays in the Court's processing of papers received by fax, U.S. Mail, or other delivery.

Debtors may file papers in Orlando cases at the following addresses. If papers are filed by email or fax, Debtor must also mail the papers to the Courthouse.

flmb−intake−orlando@flmb.uscourts.gov
(Fax) 407−237−8005
U.S. Bankruptcy Court
400 West Washington Street
Suite 5100
Orlando, FL 32801

   All Schedules and the Summary of Your Assets and Liabilities (forms 106 for individuals or 206 for non−individuals) were not filed. Pursuant to Fed. R. Bankr. P. 1007(b) and (c), Debtor must file the missing items with proper declaration of Debtor no later than 14 days from the date the petition was filed.

   A link to updated forms is available on the Court's website at: http://www.flmb.uscourts.gov/forms/.

   If additional creditors not initially provided with the Petition are added on the Schedules, Debtor must include $32.00 amendment fee and provide proof of service of the Notice of Chapter 11 Bankruptcy Case to each additional creditor. For Chapter 13 cases, a copy of the filed Chapter 13 plan must also be served on the additional creditors.

   The Statement of Financial Affairs was not filed. Debtor must file a signed Statement of Financial Affairs using the form B107 for an individual or B207 for non−individuals within 14 days from the date the case was filed.

   The attorney for Debtor did not file an Attorney's Disclosure of Compensation required by 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b). The attorney for Debtor must file an Attorney's Disclosure of

Compensation (Form B2030) within 14 days from the date the petition was filed. Failure of attorney for Debtor to cure this deficiency may result in sanctions or the issuance of a show cause order.

Debtor failed to file the Chapter 11 list of Twenty Largest Unsecured Creditors pursuant to Fed. R. Bankr. P. 1007(d) (Official Form B104 for Individuals and B204 for Non–Individuals). Debtor must file the list within seven days from the date the petition was filed.

Pursuant to 11 U.S.C. 1116(1), the following documents are required and have not been filed: the most recent balance sheet, statement of operations, cash–flow statement and/or Federal income tax return or a statement made under penalty of perjury that no balance sheet, statement of operations or cash–flow statement has been prepared and no Federal tax return has been filed. Debtor must file these documents within seven days from the date the petition was filed.

Debtor shall pay unpaid filing fees in the amount of N/A within seven days from the date of service of this notice. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below.


|  | FOR THE COURT |
| Dated: November 2, 2023 | Sheryl L. Loesch , Clerk of Court |
|  | George C. Young Federal Courthouse |
|  | 400 West Washington Street |
|  | Suite 5100 |
|  | Orlando, FL 32801 |

The Clerk's office must serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.