UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Debtors. | *Joint Administration Motion Pending* |
| _____/ | |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Applicable Debtor. | |
| _____/ | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Debtor's Emergency Motion for Authorization to Pay Prepetition Wages, Salaries, and Other Employee Benefits* (Doc. No. 8) has been furnished on this 2nd day of November, 2023, by facsimile, email, or U.S. mail to:

U.S. Small Business Administration
2 North 20th St., #320
Birmingham AL 35203
Fax: 202.481.1505

U.S. Small Business Administration
Attn: Jonel Hein, District Director
jonel.hein@sba.gov

Attorney General of the United States
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

United States Attorney
Attn: Civil Process Clerk
400 W Washington St #3100
Orlando, FL 32801

*/s/ Daniel R. Fogarty*
Daniel R. Fogarty
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Email: dfogarty@srbp.com
Attorneys for Debtor