| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Pioneer Aerospace Corporation** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION |
| Case number (if known): | 6:23-bk-4643-GER |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **National Institute for Aviation Research Wichita State University 1845 Fairmount St. Wichita, KS 67260-0093** | | | | | | $225,000.00 |
| **HLC Industries 4 East Montgomery Ave Bala Cynwyd, PA 19004** | | | | | | $44,755.10 |
| **Comcast Business P.O. Box 37601 Philadelphia, PA 19101-0601** | | | | | | $31,032.53 |
| **AT&T P.O. Box 5019 Carol Stream, IL 60197-5019** | | | | | | $29,809.81 |
| **ABB, Inc. Attn: Real Estate Group 305 Gregson Dr. Cary, NC 27511** | | Sublease CT | | | | $29,386.02 |
| **National Retirement Fund c/o Amalgamated Employee Benefits Adm 333 Westchester Ave. White Plains, NY 10604** | | | Unliquidated | | | $22,219.75 |
| **Town Of Bloomfield Connecticut Attn Town Clerk P.O. BOX 337 Bloomfield, CT 06002** | | | | | | $18,124.97 |
| **Caterpillar Financial Services 2120 West End Ave. Nashville, TN 37203** | | | | | | $9,958.64 |

Debtor **Pioneer Aerospace Corporation**　　　Case number *(if known)* **6:23-bk-4643-GER**
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mississippi Power Company<br>P.O. Box 245<br>Birmingham, AL 35201-0245 | | | | | | $7,207.62 |
| Bourdon Forge Co Inc<br>99 Tuttle Road<br>Middletown, CT 06457 | | | | | | $7,040.00 |
| Cistech Inc<br>10590 Independence Pointe Pkwy. #202<br>Matthews, NC 28105 | | | | | | $6,300.00 |
| Seko Worldwide Llc<br>1100 Arlington Heights Rd 600<br>Itasca, IL 60143 | | | | | | $5,000.00 |
| Terry Service Inc<br>P.O. Box 1557<br>Ridgeland, MS 39158-1557 | | | | | | $3,668.13 |
| Xerox Corporation<br>PO Box 827598<br>Philadelphia, PA 19182-7598 | | | | | | $3,532.67 |
| Bluegrace Logistics<br>Dept. 108<br>Box 4964<br>Houston, TX 77210-4964 | | | | | | $3,323.21 |
| Eagle Packaging<br>1075 S. Fairfield Drive<br>Pensacola, FL 32506 | | | | | | $2,687.50 |
| UPS<br>P.O. Box 809488<br>Chicago, IL 60680-9488 | | | | | | $2,221.56 |
| De Lage Landen<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 | | | | | | $1,623.60 |
| C Spire<br>P.O. Box 748168<br>Atlanta, GA 30374-8168 | | | | | | $1,272.00 |
| Sturges Manufacturing Company Inc<br>2030 Sunset Ave<br>Utica, NY 13502 | | | | | | $1,128.00 |

**Fill in this information to identify the case:**

Debtor name: Pioneer Aerospace Corporation

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/31/2023     x /s/ Michael Rinaldi
                              Signature of individual signing on behalf of debtor

                              **Michael Rinaldi**
                              Printed name

                              **President**
                              Position or relationship to debtor