UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Debtors. _____/ | *Joint Administration Motion Pending* |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Applicable Debtors. _____/ | |

**CERTIFICATION OF NECESSITY OF REQUEST FOR EMERGENCY HEARING**

I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is a just cause to request a consideration of the following pleading on an expedited basis:

**DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER
(I) APPROVING BIDDING PROCEDURES IN CONNECTION WITH THE
SALE OF SUBSTANTIALLY ALL OF THEIR ASSETS, (II) ESTABLISHING
PROCEDURES FOR THE ASSUMPTION AND/OR ASSIGNMENT BY THE
DEBTORS OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES,
(III) APPROVING MINIMUM OVERBID AMOUNT AND A BREAK-UP FEE,
(IV) APPROVING FORM AND MANNER OF NOTICE OF BIDDING PROCEDURES,
AND (V) SETTING OBJECTION DEADLINES**

I CERTIFY FURTHER that there is a true necessity for an emergency hearing to approve procedures to allow the Debtor to solicit bids for the sale of substantially all of its assets. Due to the exigent circumstances of these cases, the fixing at this time of procedures for the sale of the Debtors' assets is essential and necessary. The Debtors' financial conditions are such that the Closing needs to occur in early December. Accordingly, the Debtor requests a hearing on or before **November 6, 2023** at 2:30 p.m.

I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

Dated: November 2, 2023

*/s/ Daniel R. Fogarty*
Daniel R. Fogarty
Florida Bar No. 0017532
**STICHTER RIEDEL BLAIN & POSTLER, P.A.**
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Email: dfogarty@srbp.com
Attorneys for Debtors