# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:

PIONEER AEROSPACE CORPORARTION

CASE NO. 6:23-bk-04643-GER

CHAPTER 11
Subchapter v

Debtor(s)
_____/

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at a Subchapter v Trustee specific hourly rate of $400.00 per hour, in addition to seeking reimbursement for any actual and necessary expenses I incur.

1

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: November 2, 2023

/s/ L. Todd Budgen
L. Todd Budgen
Florida Bar No. 0296960
PO Box 520546
Longwood, FL 32752
Telephone: (407) 232-9118
Todd@C11Trustee.com

2