UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                    Chapter 11, Subchapter V

AVIATION SAFETY RESOURCES, INC.,           Case No. 6:23-bk-4639-GER
S.E., INC.,                                                           Case No. 6:23-bk-4641-GER
PIONEER AEROSPACE CORPORATION       Case No. 6:23-bk-4643-GER

    Debtors.                                                    *Joint Administration Motion Pending*
_____/

## CERTIFICATION OF NECESSITY OF REQUEST FOR EMERGENCY HEARING

I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is a just cause to request a consideration of the following pleading on an expedited basis:

### DEBTORS' EMERGENCY MOTION FOR AUTHORITY TO OBTAIN SECURED POSTPETITION FINANCING AND GRANT LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS PURSUANT TO 11 U.S.C. § 364(c) AND F.R.B.P. 4001

I CERTIFY FURTHER that there is a true necessity for an emergency hearing. The Debtors seek to borrow money to fund the cost of operating their businesses and the cost of administering these estates and to otherwise avoid irreparable harm and injury to their businesses

and estates.  Accordingly, the Debtors request a hearing on or before **November 6, 2023 at 2:30 p.m.**

    I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part but has been brought about only by circumstances beyond my control or that of my client.  I further certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

    Dated:  November 2, 2023

> */s/ Daniel R. Fogarty*
> Daniel R. Fogarty
> Florida Bar No.  0017532
> **STICHTER RIEDEL BLAIN & POSTLER, P.A.**
> 110 East Madison Street, Suite 200
> Tampa, Florida 33602
> Telephone: (813) 229-0144
> Email: dfogarty@srbp.com
> Attorneys for Debtors