UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Debtors. _____/ | *Joint Administration Motion Pending* |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Applicable Debtor. _____/ | |

## **NOTICE OF PRELIMINARY HEARING**

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held before the Honorable Grace E. Robson on November 6, 2023, 2:30 p.m., George C. Young Courthouse, 400 West Washington Street, Courtroom 6D, 6th Floor, Orlando, Florida, on the following matters:

- Debtor's Expedited Motion for Order Directing Joint Administration of Chapter 11 Cases Pursuant to Bankruptcy Rule 1015(b) (Doc. No. 4)

- Debtor's Emergency Motion for Authority to Pay Pre-Petition Wages, Salaries, and Other Employee Benefits (Doc. No. 8)

- Debtor's Emergency Motion for Authority to Use Cash Collateral (Doc. No. 21)

- Debtors' Emergency Motion for Authority to Obtain Postpetition Financing and Grant Liens and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. § 364(c) and F.R.B.P. 4001 (Doc. No. 19)

- Debtors' Emergency Motion For Entry Of An Order (I) Approving Bidding Procedures In Connection With The Sale Of Substantially All Of Their Assets, (Ii) Establishing Procedures For The Assumption And/Or Assignment By The Debtors Of Certain Executory Contracts And Unexpired Leases, (Iii) Approving Minimum Overbid Amount And A Break-Up Fee, (Iv) Approving

Form And Manner Of Notice Of Bidding Procedures, And (V) Setting Objection Deadlines (Doc. No. 15)

2.      All parties may attend the hearing in person or by Zoom. The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing.

3.      The Court may continue this matter upon announcement made in open courtwithout further notice.

4.      Any party opposing the relief sought at this hearing must appear at the hearing orany objections or defenses may be deemed waived.

/s/ Daniel R. Fogarty
Daniel R. Fogarty (FBN 0017532)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida   33602
Telephone: (813) 229-0144
Email:  dfogarty@srbp.com
Attorneys for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Preliminary Hearing* has been furnished on this 3rd day November, by the Court's CM/ECF electronic noticing to all parties receiving electronic noticing, by U.S. mail to the 20 Largest Unsecured Creditors, and by either U.S. mail, email, or facsimile to:

U.S. Small Business Administration
2 North 20th St., #320
Birmingham AL 35203
Fax:  202.481.1505

U.S. Small Business Administration
Attn: Jonel Hein, District Director
Attn:  Lisa Still, Trial Attorney
jonel.hein@sba.gov
lisa.still@sba.gov

Attorney General of the United States
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

United States Attorney
Attn: Civil Process Clerk
400 W Washington St #3100
Orlando, FL 32801

Zodiac US Corporation
c/o Safran USA, Inc.
Attn: Mark G. Melnik, President
2201 W. Royal Lane, #150
Irving, TX 75063
Email: mark.melnick@safrangroup.com

Zodiac US Corporation
c/o Corporation Service Company, Registered Agent
1201 Hays St.
Tallahassee, FL 32301-2525

                                           */s/ Daniel R. Fogarty*
                                           Daniel R. Fogarty

ABB, Inc.
Attn: Real Estate Group
305 Gregson Dr.
Cary, NC 27511

AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019

Bluegrace Logistics
Dept. 108
Box 4964
Houston, TX 77210-4964

Bourdon Forge Co Inc
99 Tuttle Road
Middletown, CT 06457

C Spire
P.O. Box 748168
Atlanta, GA 30374-8168

Caterpillar Financial Services
2120 West End Ave.
Nashville, TN 37203

Cistech Inc
10590 Independence
Pointe Pkwy. #202
Matthews, NC 28105

Comcast Business
P.O. Box 37601
Philadelphia, PA 19101-0601

De Lage Landen
P.O. Box 41602
Philadelphia, PA 19101-1602

Eagle Packaging
1075 S. Fairfield Drive
Pensacola, FL 32506

HLC Industries
4 East Montgomery Ave
Bala Cynwyd, PA 19004

Mississippi Power Company
P.O. Box 245
Birmingham, AL 35201-0245

National Retirement Fund
c/o Amalgamated Employee Benefits Adm
333 Westchester Ave.
White Plains, NY 10604

National Institute for Aviation Research
Wichita State University
1845 Fairmount St.
Wichita, KS 67260-0093

Seko Worldwide LLCs
1100 Arlington Heights Rd 600
Itasca, IL 60143

Sturges Manufacturing Company Inc
2030 Sunset Ave
Utica, NY 13502

Terry Service Inc
P.O. Box 1557
Ridgeland, MS 39158-1557

Town Of Bloomfield Connecticut
Attn Town Clerk
P.O. BOX 337
Bloomfield, CT 06002

UPS
P.O. Box 809488
Chicago, IL 60680-9488

Xerox Corporation
PO Box 827598
Philadelphia, PA 19182-7598

PIONEER 20 LARGEST UNSECURED