**ORDERED.**

Dated: November 03, 2023

_Grace E. Robson_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| PIONEER AEROSPACE CORPORATION, | Case No. 6:23-bk-4643-GER |
| Debtor._____/ | |

**ORDER GRANTING DEBTOR'S EXPEDITED MOTION
FOR ORDER DIRECTING JOINT ADMINISTRATION OF
<u>CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 1015(b)</u>**

THIS CASE came before the Court without a hearing for consideration of the *Debtor's Expedited Motion for Order Directing Joint Administration of Chapter 11 Cases Pursuant to Bankruptcy Rule 1015(b)* (the "**Motion**") filed in the Chapter 11 cases of Aviation Safety Resources, Inc., Case No. 6:23-bk-4639-GER ("**ASR**") (Doc. No. 5), S.E. Inc., Case No. 6:23-bk-4641-GER ("**Strong**") (Doc. No. 5) and Pioneer Aerospace Corporation, Case No. 6:23-bk-4643-GER ("**Pioneer**") (Doc. No. 4)  (collectively referred to as the "**Bankruptcy Cases**").  The Court finds that the Motion is well taken and should be granted.  Accordingly, it is

    **ORDERED**:

    1.    The Motion is granted.

2. The Bankruptcy Cases shall be jointly administered, and *In re Aviation Safety Resources, Inc.*, Case No. 6:23-bk-4639-GER, is designated as the "Lead Case."

3. The Clerk of the Court shall maintain a single case docket and Court file under the Lead Case number.

4. The Clerk of the Court shall maintain separate claims registers and ballot files (if separate plans are filed) for each Bankruptcy Case.

5. Except as otherwise set forth below, all papers including, without limitation, motions, applications, notices, monthly operating reports, and orders, shall be filed in the Lead Case and shall bear the following joint administration caption:

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION, | Case No. 6:23-bk-4643-GER |
| Debtors._____/ | *Jointly Administered under Case No. 6:23-bk-4639-GER* |

6. The Clerk of the Court shall docket this Order in each of the Bankruptcy Cases and give notice to all CM/ECF filers and PACER users that all future filings shall be filed and docketed in the Lead Case.

7. The following papers shall be filed in the separate Bankruptcy Cases, captioned with the name and case number for that particular case: (a) list of creditors pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure, (b) schedules and statements of financial affairs (and any amendments thereto), (c) claims (and any objections to claims and notices relating to transfers of claims), (d) ballots, if separate plans are filed, and (e) motions for final decree.

2

8. Each of the jointly administered Debtors shall file separate monthly operating reports to be docketed in the Lead Case.

9. In instances where the relief requested in a filing pertains to a specific Debtor, the jointly administered caption shall be modified to indicate the specific Debtor to which the filing or order applies. The title, as well as the first paragraph of the paper or order, shall indicate the specific Debtor to which it applies. This caption shall bear the following form:

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Debtors._____/ | *Jointly Administered under*<br>*Case No. 6:23-bk-4639-GER* |
| [Name of Specific Debtor], | Case No. |
| Applicable Debtor._____/ | |

10. The debtors in possession, or if applicable, trustee, shall not commingle assets or liabilities unless and until the Court determines, after notice and hearing, that the Bankruptcy Cases involve the same debtor or that another ground exists to order substantive consolidation of the Bankruptcy Cases.

11. If creditors are added to the matrices of the jointly administered Debtors, counsel for the Debtors is directed to serve this Order on all added creditors and file proof of such service in the Lead Case.

*Attorney Daniel R. Fogarty is directed to serve a copy of this order on interested parties who do not receive CM/ECF service and file a proof of service within 3 days of entry of the order.*

4883-8094-9895, v. 1