United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 23-04643-GER |
| Pioneer Aerospace Corporation | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 03, 2023 | Form ID: 309E2 | Total Noticed: 139 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pioneer Aerospace Corporation, 6448 Pinecastle Blvd., Suite 104, Orlando, FL 32809-6682 |
| aty | + | Rilyn A Carnahan, GreenspoonMarder, CityPlace Tower, 525 Okeechobee Boulevard, Suite 900, West Palm Beach, FL 33401-6306 |
| aty | + | Scott E Bomkamp, DOJ-Ust, United States Trustee, 400 W. Washington St., Ste 1100 Orlando, FL 32801-2440 |
| tr | + | L. Todd Budgen, Budgen Law, Post Office Box 520546, Longwood, FL 32752-0546 |
| 30617921 | + | ABB, Inc., Attn: Legal Department, 45 Griffin Rd. S., Bloomfield, CT 06002-1353 |
| 30617920 | + | ABB, Inc., Attn: Real Estate Group, 305 Gregson Dr., Cary, NC 27511-6496 |
| 30618895 | | Airespring, 1801 W. Olympic Blvd, Pasadena, CA 91199-1422 |
| 30617922 | + | Airfasco, 2655 Harrison Ave S.W., Canton, OH 44706-3047 |
| 30617923 | | All Crate Inc., 200 Lamberton Road, Windsor, CT 06095-2129 |
| 30617924 | + | American & Efird Inc, PO Box 741988, Atlanta, GA 30374-1988 |
| 30617925 | + | Apple Inc, 100 West 33rd St, New York, NY 10001-2900 |
| 30617926 | + | Atco Wire Rope & Industrial Supply, 11 Leonardo Drive, North Haven, CT 06473-2528 |
| 30617927 | + | Atlantic Thread and Supply Co., Inc., 8515 Kelso Dr., Units G & H, Baltimore, MD 21221-3145 |
| 30619049 | + | Aviation Safety Resources, Inc., 6448 Pinecastle Blvd. Suite 104, Orlando, FL 32809-6682 |
| 30617932 | + | BRM Industries, 67 Industrial Park Road East, Tolland, CT 06084-2805 |
| 30617928 | | Bally Ribbon Mills, P.O. Box D, Bally, PA 19503-1004 |
| 30618898 | | Bluegrace Logistics, Dept. 108, Box 4964, Houston, TX 77210-4964 |
| 30617929 | + | Boeing Company, 5000 E. McDowell Rd., Bldg 510 Mailstop 269, Mesa, AZ 85215-9797 |
| 30617930 | + | Bourdon Forge Co Inc, 99 Tuttle Road, Middletown, CT 06457-1827 |
| 30617931 | + | Brand Dielectrics Inc, 250 Gibraltar Drive, Bolingbrook, IL 60440-3623 |
| 30618899 | | C Spire, P.O. Box 748168, Atlanta, GA 30374-8168 |
| 30617933 | + | C.S.R. Inc, PO Box 395, Sellersville, PA 18960-0395 |
| 30618901 | | CCP Industries, P.O. Box 734569, Chicago, IL 60673-4569 |
| 30617943 | + | CS Hyde Company, 39655 N. Il Route 83, Lake Villa, IL 60046-8100 |
| 30617935 | + | Capewell Aerial Systems LLC, 105 Nutmeg Rd South, South Windsor, CT 06074-5400 |
| 30617934 | + | Capewell Aerial Systems LLC, 4298 Jeb Stuart Hwy, Meadows Of Dan, VA 24120-4530 |
| 30618900 | + | Carolina Narrow Fabric Company, P.O. Box 896094, Charlotte, NC 28289-6094 |
| 30617937 | + | Challenge Sailcloth, 560 Nutmeg Rd North, South Windsor, CT 06074-2458 |
| 30617938 | + | Cherokee Steel, 196 Leroy Anderson Road, Monroe, GA 30655-6086 |
| 30618902 | | Cintas Corp 0J71 Route 0003, Customer # 10537278, P.O. Box 631025, Cincinnati, OH 45263-1025 |
| 30618903 | | Cintas Corporation #701, P.O. Box 630803, Cincinnati, OH 45263-0803 |
| 30618904 | | Cintas Corporation 0J71 0003, P.O. Box 631025, Cincinnati, OH 45263-1025 |
| 30618905 | | Cistech Inc, 10590 Independence, Pointe Pkwy. #202, Matthews, NC 28105 |
| 30617939 | + | City Of Columbia, City Hall, 201 Second Street, Columbia, MS 39429-2963 |
| 30618906 | | City Of Milton, P.O. Box 909, Milton, FL 32572-0909 |
| 30618908 | | Community Coffee, P.O. Box 679510, Dallas, TX 75267-9510 |
| 30617940 | + | Computer Services & Solutions, Inc., 431 S. Broadway, #222, Lexington, KY 40508-2956 |
| 30617941 | + | Cope Plastics Inc, 4441 Industrial Dr, Alton, IL 62002-5939 |
| 30618909 | + | Craters & Freighters, 4360 Floridatown Rd, Pace, FL 32571-1837 |
| 30617942 | | Creditsafe USA Inc, PO Box 789985, Philadelphia, PA 19178-9985 |
| 30617944 | + | DCI Aerotech, Division Of Detroit Chrome, Inc., 7515 Lyndon Avenue, Detroit, MI 48238-2481 |
| 30617947 | | DLA Distribution Depot Oklahoma, 3301 F Ave Cen Red, Bldg 506 DR 22, Oklahoma City, OK 73145-8000 |

District/off: 113A-6                               User: admin                                  Page 2 of 4
Date Rcvd: Nov 03, 2023                            Form ID: 309E2                               Total Noticed: 139

| | | |
|---|---|---|
| 30617945 | + | Die-Matic Products Inc, 130 Express St, Plainview, NY 11803-2477 |
| 30617946 | + | Dighton Technology Inc, PO Box 865, 620 Spring St, North Dighton, MA 02764-1363 |
| 30617948 | + | Donald Palmer Co. Inc., P.O. Box 15062, New Orleans, LA 70175-5062 |
| 30618911 | + | Dyco Industries, Inc., 229 South Satellite Road, South Windsor, CT 06074-3474 |
| 30617949 | + | Dykema Rubber Band Co, 4075 Windgap Avenue, Bldg #5, Pittsburgh, PA 15204-1048 |
| 30617950 | + | Eagle Packaging, 1075 S. Fairfield Drive, Pensacola, FL 32506-8927 |
| 30617951 | | Eastern Metal Supply Inc, 3600 2rd Ave S, Lake Worth, FL 33461 |
| 30617952 | + | Edco Supply Corporation, 323 36th Street, Brooklyn, NY 11232-2599 |
| 30617953 | | Ellsworth Adhesives, Lock Box 88207, Milwaukee, WI 53288-0207 |
| 30618912 | | Empower Trust Company, P.O. Box 825752, Philadelphia, PA 19182-5752 |
| 30617954 | + | Esteem Manufacturing Corp, 175 S. Satellite Road, S. Windsor, CT 06074-3474 |
| 30617957 | | FBT Inc., 413 Lakeshore Road, St. Catharines, ON L2R 7K6 |
| 30617955 | + | Fabric Development Inc, 1217 Mill Street, PO Box 462, Quakertown, PA 18951-0462 |
| 30618913 | | Fedex, P.O. Box 660481, Dallas, TX 75266-0481 |
| 30617958 | + | Fil-Tec, Inc, PO Box 9040, Lancaster, PA 17604-9040 |
| 30617959 | + | Flick Packaging, PO Box 296, 340 S. Columbus Street, Galion, OH 44833-0296 |
| 30618914 | + | Fort Storage, 4114 Avalon Blvd., Milton, FL 32583-5584 |
| 30618915 | | Grainger, Dept 844149682, Palatine, IL 60038-0001 |
| 30618916 | + | Grand Rapids Foam Technologies, 1700 Alpine Ave Nw, Grand Rapids, MI 49504-2810 |
| 30617961 | + | HLC Industries, 4 East Montgomery Ave, Bala Cynwyd, PA 19004-3300 |
| 30618917 | | Halls Hardware & Lumber, 6606 Highway 90, Milton, FL 32570 |
| 30617960 | + | Hill Pro LLC, 106 Yeager Court, Hunstville, AL 35806-3723 |
| 30617962 | + | Hope Global, 50 Martin Street, Cumberland, RI 02864-5335 |
| 30617963 | #+ | Horn Textile, Inc., 600 N. Brown Street, Titusville, PA 16354-1222 |
| 30618918 | | Hrdirect, P.O. Box 669390, Pompano Beach, FL 33066-9390 |
| 30618919 | + | Industronics Service Co, P. O. Box 649, South Windsor, CT 06074-0649 |
| 30617964 | + | Jo King Inc., P.O. Box 1088, Alpharetta, GA 30009-1088 |
| 30617965 | + | John Howard Company, 4510 Schaefer Ave, Chino, CA 91710-5539 |
| 30617966 | + | Kent H. Landsberg - Wurzburg, Inc., PO Box 731575, Dallas, TX 75373-1575 |
| 30618920 | + | Kms Business Products Corp, 3010 E. Cervantes Street, Pensacola, FL 32503-6470 |
| 30618921 | | Konica Minolta Business Solutions, Dept. At 952823, Atlanta, GA 31192-2823 |
| 30617967 | + | Lighthouse For The Blind, 912 W. Broadway, Forth Worth, TX 76104-1194 |
| 30617968 | | Lord & Hodge Inc, PO Box 737, Middletown, CT 06457-0737 |
| 30617969 | + | Lowy Enterprises, Inc., 1970 E. Gladwick Street, Rancho Dominguez, CA 90220-6201 |
| 30618927 | | MSC Industrial Supply, P.O. Box 953635, St. Louis, MO 63195-3635 |
| 30618922 | + | Marion County Tax Collector, Marion County Tax Assessor, 250 Broad Street, Columbia, MS 39429-2905 |
| 30617970 | | McMaster-Carr Supply Co, PO Box 7690, Chicago, IL 60680-7690 |
| 30618923 | + | Micro-Tech Service, LLC, 59 Old Windsor Road, Bloomfield, CT 06002-1416 |
| 30617971 | + | Mil-Spec Packaging, 8150 Industrial Hwy, Macon, GA 31216-7685 |
| 30618924 | + | Miller-Stephenson, Chemical Company Inc, 55 Backus Avenue, Danbury, CT 06810-7328 |
| 30618925 | + | Mississippi Dept Of Health, P.O. Box 1700, 570 East Woodrow Wilson, Jackson, MS 39216-4538 |
| 30618926 | | Mississippi Power Company, P.O. Box 245, Birmingham, AL 35201-0245 |
| 30617972 | | Morito Scovill America LLC, dba Scovill Fasteners, Po Box 746297, Atlanta, GA 30374-6297 |
| 30617973 | + | Murdock Webbing Co Inc, 27 Foundry Street, Providence, RI 02863-2348 |
| 30617974 | | National Institute for Aviation Research, Wichita State University, 1845 Fairmount St., Wichita, KS 67260-0093 |
| 30617975 | + | National Labor Relations Board-Region 15, Attn: General Attorney (Labor), 600 S. Maestri Place, 7th Floor, New Orleans, LA 70130-3414 |
| 30617976 | + | National Retirement Fund, c/o Amalgamated Employee Benefits Adm, 333 Westchester Ave., White Plains, NY 10604-2938 |
| 30617977 | + | Pam Narrow Fabrics Corp, PO Box 490, Freeport, NY 11520-0490 |
| 30617978 | + | Para-Gear Equipment Co, 3839 West Oakton, Skokie, IL 60076-3483 |
| 30617979 | | Parachute Laboratories, Inc, 1665 N. Lexington Ave., #106, Deland, FL 32724-2187 |
| 30620098 | + | Paradigm Parachute and Defense, Inc., Greenspoon Marder, LLP, 525 Okeechobee Blvd., Suite 900, West Palm Beach, FL 33401-6306 |
| 30617980 | | Paulo Products, P.O. Box 802830, Kansas City, MO 64180-2830 |
| 30617982 | + | Production Metal Stamping, Inc., 8133 Opportunity Drive, Milton, FL 32583-8728 |
| 30618928 | | Quench Usa Inc, P.O. Box 781393, Philadelphia, PA 19178-1393 |
| 30617983 | + | Renatos Sewing Machine, LLC, 2321 Silas Deane Highway, Rocky Hill, CT 06067-2331 |
| 30617986 | | Richard Spencer, 3459 Carrington Rd., Delaplane, VA 20144-2005 |
| 30617989 | + | Richard Sugden, c/o Thomas Smits, P.O. Box 3377, Jackson, WY 83001-3377 |
| 30618929 | | S Walter Packaging Corp, P.O. Box 71225, Philadelphia, PA 19176-6225 |
| 30618930 | + | S.E., Inc Dba Strong Enterprises, 6448 Pinecastle Blvd, Ste 104, Orlando, FL 32809-6682 |
| 30618931 | + | Seko Worldwide Llc, 1100 Arlington Heights Rd 600, Itasca, IL 60143-3180 |
| 30617984 | + | Sir Webbing Inc, PO Box 501, Hawthorne, NJ 07507-0501 |
| 30618932 | + | Sonitrol Of NW Florida, 1136 Thomasville Rd, Tallahassee, FL 32303-6272 |

Case 6:23-bk-04643-GER   Doc 29   Filed 11/05/23   Page 3 of 7

| District/off: 113A-6 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2023 | Form ID: 309E2 | Total Noticed: 139 |

| | | |
|---|---|---|
| 30617985 | #+ | Specialty Adhesives, 164 Chandalar Place Dr, Pelham, AL 35124-1771 |
| 30618933 | | Staples Advantage, P.O. Box 105638, Atlanta, GA 30348-5638 |
| 30617987 | + | Strand Core, Inc., 5881 Commerce Road, Milton, FL 32583-2318 |
| 30618934 | + | Strong Enterprises, 6448 Pinecastle Blvd, Ste 104, Orlando, FL 32809-6682 |
| 30617988 | + | Sturges Manufacturing Company Inc, 2030 Sunset Ave, Utica, NY 13502-5500 |
| 30617990 | + | Systima Technologies, Inc., 6500 Harbour Heights Pkwy, Mukilteo, WA 98275-4889 |
| 30617991 | | Taber Extrusions, Mississippi Division, P.O. Box 98437, Chicago, IL 60693-8437 |
| 30617992 | + | Tape-Craft Corporation, PO Box 2027, Anniston, AL 36202-2027 |
| 30617993 | + | Tech Ord, 47600 180th Street, Clearlake, SD 57226-5469 |
| 30617994 | + | Techflex Inc, 104 Demarest Road, Sparta, NJ 07871-4407 |
| 30618935 | | Terry Service Inc, P.O. Box 1557, Ridgeland, MS 39158-1557 |
| 30618936 | + | Town Of Bloomfield Connecticut, Attn Town Clerk, P.O. BOX 337, Bloomfield, CT 06002-0337 |
| 30617995 | + | Tuff Guard Security & Patrol Service, 2323 17th St., Meridian, MS 39301-3155 |
| 30618938 | | UPS, P.O. Box 809488, Chicago, IL 60680-9488 |
| 30618939 | #+ | Usa Hauling & Recycling, P.O. Box 808, East Windsor, CT 06088-0808 |
| 30617996 | + | Warwick Mills, Inc, PO Box 409, New Ipswich, NH 03071-0409 |
| 30618940 | | Waste-Pro Pensacola, P.O. Box 865220, Orlando, FL 32886-5220 |
| 30618941 | + | Wesco, P.O. Box 10546, Mobile, AL 36610-0546 |
| 30617997 | + | Western Extrusions, PO Box 810219, Dallas, TX 75381-0219 |
| 30617998 | + | Workers United, Southern Regional, Joint Board, c/o Stanford Fagan, LLC, 2540 Lakewood Ave., Atlanta, GA 30315-6308 |
| 30618000 | | XRI Testing, PO Box 9446, New York, NY 10087-9446 |
| 30618001 | + | Zodiac US Corporation, 2201 W. Royal Lane, #150, Irving, TX 75063-3206 |

TOTAL: 126

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dfogarty.ecf@srbp.com | Nov 03 2023 21:46:00 | Daniel R Fogarty, Stichter, Riedel, Blain & Postler, P.A., 110 East Madison Street, Suite 200, Tampa, FL 33602 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Nov 03 2023 21:46:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| 30618896 | | Email/Text: g17768@att.com | Nov 03 2023 21:46:00 | AT&T, P.O. Box 5019, Carol Stream, IL 60197-5019 |
| 30618897 | | Email/Text: g20956@att.com | Nov 03 2023 21:47:00 | AT&T Mobility, National Business Services, P.O. Box 6463, Carol Stream, IL 60197-6463 |
| 30617936 | | Email/Text: fpdbankruptcynoticesgroup@cat.com | Nov 03 2023 21:46:00 | Caterpillar Financial Services, 2120 West End Ave., Nashville, TN 37203 |
| 30618907 | | Email/Text: documentfiling@lciinc.com | Nov 03 2023 21:46:00 | Comcast Business, P.O. Box 37601, Philadelphia, PA 19101-0601 |
| 30618910 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Nov 03 2023 21:46:00 | De Lage Landen, P.O. Box 41602, Philadelphia, PA 19101-1602 |
| 30617956 | + | Email/Text: AR@FSIUSA.COM | Nov 03 2023 21:46:00 | Fastening Solutions, 3075 Selma Highway, Montgomery, AL 36108-5001 |
| 30617918 | | Email/Text: OGCBankruptcy@floridarevenue.com | Nov 03 2023 21:46:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 30617919 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 03 2023 21:46:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 30617917 | + | Email/Text: Bankruptcy@octaxcol.com | Nov 03 2023 21:46:00 | Orange County Tax Collector, PO Box 545100, Orlando FL 32854-5100 |
| 30618937 | | Email/Text: accounts.receivable@uline.com | Nov 03 2023 21:47:00 | Uline, P.O. Box 88741, Chicago, IL 60680-1741 |
| 30617999 | | Email/Text: vanessa.adams@xerox.com | Nov 03 2023 21:46:07 | Xerox Corporation, PO Box 827598, Philadelphia, PA 19182-7598 |

| District/off: 113A-6 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2023 | Form ID: 309E2 | Total Noticed: 139 |
| TOTAL: 13 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Paradigm Parachute and Defense, Inc. |
| 30617981 | ##+ | Performance Textiles Inc, 3917 Liberty Road, Greensboro, NC 27406-6109 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel R Fogarty | on behalf of Debtor Pioneer Aerospace Corporation dfogarty.ecf@srbp.com srbpecf@srbp.com |
| L. Todd Budgen | Todd@c11Trustee.com ltbudgen@ecf.courtdrive.com,bnc@mybankruptcyfirm.com,F006@ecfcbis.com |
| Rilyn A Carnahan | on behalf of Interested Party Paradigm Parachute and Defense  Inc. rilyn.carnahan@gmlaw.com, Jennifer.johnson@gmlaw.com;Melissa.bird@gmlaw.com |
| Scott E Bomkamp | on behalf of U.S. Trustee United States Trustee - ORL scott.e.bomkamp@usdoj.gov |
| United States Trustee - ORL | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Pioneer Aerospace Corporation<br>First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: 06–1240470 | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: Middle District of Florida | | Date case filed for chapter: 11   11/1/23 | |
| Case number: 6:23–bk–04643–GER | | Date Notice Issued: 11/3/23 | |

Official Form 309E2 (For Individuals or Joint Debtors under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case    12/22

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Pioneer Aerospace Corporation | |
| 2. | **All other names used in the last 8 years** | dba ASR–Pioneer | |
| 3. | **Address** | 6448 Pinecastle Blvd.<br>Suite 104<br>Orlando, FL 32809 | |
| 4. | **Debtor's attorney**<br>Name and address | Daniel R Fogarty<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602 | Contact phone (813) 229–0144<br>Email dfogarty.ecf@srbp.com |
| 5. | **Bankruptcy trustee**<br>Name and address | L. Todd Budgen<br>Budgen Law<br>Post Office Box 520546<br>Longwood, FL 32752 | Contact phone 407–232–9118<br>Email: Todd@c11Trustee.com |

**For more information, see page 2 >**

Debtor **Pioneer Aerospace Corporation**     Case number **6:23–bk–04643–GER**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 | Hours open:<br>Mon–Fri 8:30am–4:00pm<br><br>Contact phone 407–237–8000<br><br>Date: November 3, 2023 |
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the courthouse. | **December 4, 2023 at 04:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>\*\*\* Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee.\*\*\* | **Meeting to be held Telephonically by the U.S. Trustee's Office (For Orlando Cases), Call in Number: 877–801–2055, Passcode: 8940738#.** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 11 for more information):**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later.<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6), **the deadline is: _____.**<br><br>**Deadline for filing proof of claim:**<br>**For all creditors (except a governmental unit):** 1/10/24<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |
| **9. Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |

**For more information, see page 3 >**

Debtor  **Pioneer Aerospace Corporation**                                                                                    Case number **6:23–bk–04643–GER**

| | | |
|---|---|---|
| **11.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |
| **13.** | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. |