

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/07/2023 09:30 AM

COURTROOM  6D, 6th Floor

**HONORABLE GRACE ROBSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:23-bk-04643-GER** | 11 | **11/01/2023** |

**Chapter 11**

**DEBTOR:**        Pioneer Aerospace Corporation

**DEBTOR ATTY:**   Daniel Fogarty

**TRUSTEE:**       L. Budgen

**HEARING:**

(cont.) Preliminary/Emergency Hearing:
1) Debtor's Emergency Motion For Entry Of An Order (I) Approving Bidding Procedures In Connection With The Sale Of Substantially All Of Their Assets, (II) Establishing Procedures For The Assumption And/Or Assignment By The Debtors Of Certain Executory Contracts And Unexpired Leases, (III) Approving Minimum Overbid Amount And A Break-Up Fee, (IV) Approving Form And Manner Of Notice Of Bidding Procedures, And (V) Setting Objection Deadlines (Doc #15)
US Trustee's Objection (Doc #24 -in main case)
Zodiac's Objection (Doc #30)
2) Debtor's Emergency Motion for Approval of Post-Petition Financing and Grant Liens and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. § 364(c) and F.R.B.P. 4001 (Doc #19)
Zodiac's Objection (Doc #30)
3) Debtor's Emergency Motion to Use Cash Collateral (Doc #21)
Zodiac's Objection (Doc #30)
Notes: 11/6/23
341 scheduled 12/4/23
Sub V Trustee: Todd Budgen
Sub V Plan Due: 1/30/24
Claims Deadline: 1/10/24
Joint Case Summary (Doc #7)

**APPEARANCES:**: Daniel Fogarty (Debtor Atty); Todd Budgen (Sub V Trustee); Scott Bomkamp (US Trustee Atty); Rilyn Carnahan, Dov Frankel (Parachute Atty); Jerret Hitchings (Zodiac Atty); Robert Denny (DIP Lender Atty);

**RULING:**
(cont.) Preliminary/Emergency Hearing:

1) Debtor's Emergency Motion For Entry Of An Order (I) Approving Bidding Procedures In Connection With The Sale Of

Substantially All Of Their Assets, (II) Establishing Procedures For The Assumption And/Or Assignment By The Debtors Of Certain Executory Contracts And Unexpired Leases, (III) Approving Minimum Overbid Amount And A Break-Up Fee, (IV) Approving Form And Manner Of Notice Of Bidding Procedures, And (V) Setting Objection Deadlines   (Doc #15) - cont. to November 21, 2023 at 1:30 pm (AOCNFNG);


2)   Debtor's Emergency Motion for Approval of Post-Petition Financing and Grant Liens and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. § 364(c) and F.R.B.P. 4001   (Doc #19) - Granted as modified in open court:Order by Fogarty;

3)   Debtor's Emergency Motion to Use Cash Collateral   (Doc #21) - Granted on an interim basis to 11/21/23 - cont. to November 21, 2023 at 1:30 pm:Order by Fogarty;
 (gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.