**Fill in this information to identify the case:**

Debtor name    **Pioneer Aerospace Corporation**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)    **6:23-bk-4643-GER**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**    **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................. $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................. $     3,865,454.18

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................... $     3,865,454.18

**Part 2:**    **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     1,069,933.26

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $     0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$     1,071,454.69

4.   Total liabilities .................................................................................
    Lines 2 + 3a + 3b     $     2,141,387.95

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Pioneer Aerospace Corporation**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known) **6:23-bk-4643-GER**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Community Trust Bank** | **Operating** | **9064** | **$94,608.83** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $94,608.83 |
|---|---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. **MS Landlord Deposit** | **$94,426.00** |
|---|---|
| 7.2. **FL Landlord Deposit** | **$14,492.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor    **Pioneer Aerospace Corporation**                                Case number *(if known)*  **6:23-bk-4643-GER**
_____
Name

Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                              | **$108,918.00** |
Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **1,891,596.17**  -    **483,103.00**  = ....    | **$1,408,493.17** |
face amount                     doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                            | **$1,408,493.17** |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** Inventory | | $921,966.00 | NBV | $921,966.00 |

23.    **Total of Part 5.**                                                            | **$921,966.00** |
Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value    **1,817.36**    Valuation method    **NBV**    Current Value    **1,817.36**

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No

| Debtor | **Pioneer Aerospace Corporation** | Case number *(If known)* | **6:23-bk-4643-GER** |
|---|---|---|---|
| | Name | | |

☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Furniture and Fixtures** | **$35,118.95** | **NBV** | **$35,118.95** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office Machines** | **$100,507.01** | **NBV** | **$100,507.01** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$135,625.96** |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor   **Pioneer Aerospace Corporation**                              Case number *(If known)*  **6:23-bk-4643-GER**
_____
Name

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
      **Machinery and Equipment**                     $60,547.22    NBV                              $60,547.22

51.   **Total of Part 8.**                                                                       | $60,547.22 |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Real property located in Bloomfield, CT - see Schedule G** | Lease | $0.00 | | $0.00 |
| 55.2.   **Real property located in Milton, FL - see Schedule G** | Lease/Occupancy/Other | $0.00 | | $0.00 |
| 55.3.   **Lease of non-residential real property located in Columbia, MS - See Schedule G** | Lease/Occupancy/Other | $0.00 | | $0.00 |

56.   **Total of Part 9.**                                                                       | $0.00 |
      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

Debtor    **Pioneer Aerospace Corporation**                                Case number *(if known)*  **6:23-bk-4643-GER**
          _____                                                       _____
          Name

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

<div style="background:black;color:white">**Part 10:**</div>    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** **Interests in assets are reflected inm and subject to, Asset Purchase Agreements** | $0.00 | | $0.00 |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                                                         | $0.00 |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

<div style="background:black;color:white">**Part 11:**</div>    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable** Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| **ERTC Refund** Tax year _____ | $1,135,295.00 |

Debtor    **Pioneer Aerospace Corporation**                                              Case number *(If known)*    **6:23-bk-4643-GER**
          Name

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**
       **Potential claims against Zodiac US Corporation, Safran
       USA, Inc., Safran, S.A., and former officers and directors**                                              **Undetermined**
       Nature of claim
       Amount requested

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                              **$1,135,295.00**
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor **Pioneer Aerospace Corporation**                    Case number *(If known)*  **6:23-bk-4643-GER**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$94,608.83** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$108,918.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$1,408,493.17** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$921,966.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$135,625.96** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$60,547.22** | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$1,135,295.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$3,865,454.18** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$3,865,454.18** |

In re    **Pioneer Aerospace Corporation**                                    Case No.    **6:23-bk-4643-GER**
_____
                              Debtor(s)

## SCHEDULE A/B - PROPERTY

Book Value.

Unless otherwise indicated, the Debtors' assets and liabilities are shown on the basis of their net book values as of November 1, 2023. Thus, unless otherwise noted, the Schedules and Statements reflect the carrying value of the assets and liabilities as recorded on the Debtors' books. Net book values may vary, sometimes materially, from market values. The Debtors do not intend to amend these Schedules and Statements to reflect market values. By way of example, an bid for the liquidation of the equipment located at the Pioneer Mississippi Location was obtained pre-petition, and reflected a realizable value far lower than expected, and it is expected that a similar result would have occurred for bids for liquidation of equipment and other physical assets at the Debtors' other Locations. However, the Bankruptcy Court did approve sales of substantially all of the operating assets of Pioneer and Strong (see Doc. Nos. 73, 74), and the sale prices reflected therein are reflective of fair value as determined by the Bankruptcy Court.


Causes of Action.

Despite their reasonable efforts, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, affirmative claims, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to avoid transfers or recover assets. The Debtors reserve all rights to any claims, causes of action, or avoidance actions they may have.

| Fill in this information to identify the case: |
| --- |

Debtor name   **Pioneer Aerospace Corporation**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)   **6:23-bk-4643-GER**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1  Bloomfield Tax Collector**
Creditor's Name

**800 Bloomfield Ave
Bloomfield, CT 06002**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Personal Property**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$19,212.47**          Column B: **$3,865,454.18**

**2.2  Marion County Tax Collector**
Creditor's Name

**Marion County Tax Assessor
250 Broad Street
Columbia, MS 39429**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Personal property**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$48,903.33**          Column B: **$3,865,454.18**

| Debtor | **Pioneer Aerospace Corporation** | Case number (if known) | **6:23-bk-4643-GER** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Santa Rosa County Tax Collector** | **Describe debtor's property that is subject to a lien** | $1,817.46 | $3,865,454.18 |
|---|---|---|---|---|
| | Creditor's Name | **Personal Property** | | |

**6495 Caroline St., Suite E**
**Milton, FL 32570**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Zodiac US Corporation** | **Describe debtor's property that is subject to a lien** | $1,000,000.00 | $3,865,454.18 |
|---|---|---|---|---|
| | Creditor's Name | **All assets** | | |

**2201 W. Royal Lane, #150**
**Irving, TX 75063**
Creditor's mailing address

**Describe the lien**
**Security Interest - UCC-1 filed in DE**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,069,933.26 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor    **Pioneer Aerospace Corporation**
_____
          Name

Case number (if known)    **6:23-bk-4643-GER**
_____

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **Pioneer Aerospace Corporation**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)    **6:23-bk-4643-GER**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,386.02 |
|---|---|---|---|
| | **ABB, Inc.** **Attn: Real Estate Group** **305 Gregson Dr.** **Cary, NC 27511** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: **Sublease CT** Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,439.21 |
|---|---|---|---|
| | **ADP, Inc.** **P.o. Box 842875** **Boston, MA 02284** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $365.48 |
|---|---|---|---|
| | **Airespring** **1801 W. Olympic Blvd** **Pasadena, CA 91199-1422** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Airfasco** **2655 Harrison Ave S.W.** **Canton, OH 44706** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Pioneer Aerospace Corporation** | | Case number (if known) | **6:23-bk-4643-GER** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **All Crate Inc.**<br>**200 Lamberton Road**<br>**Windsor, CT 06095-2129** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **American & Efird Inc**<br>**PO Box 741988**<br>**Atlanta, GA 30374** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Apple Inc**<br>**100 West 33rd St**<br>**New York, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29,809.81 |
|---|---|---|---|
| | **AT&T**<br>**P.O. Box 5019**<br>**Carol Stream, IL 60197-5019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $400.76 |
|---|---|---|---|
| | **AT&T Mobility**<br>**National Business Services**<br>**P.O. Box 6463**<br>**Carol Stream, IL 60197-6463** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $500.00 |
|---|---|---|---|
| | **Atco Wire Rope & Industrial Supply**<br>**11 Leonardo Drive**<br>**North Haven, CT 06473** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Atlantic Thread and Supply Co., Inc.**<br>**8515 Kelso Dr., Units G & H**<br>**Baltimore, MD 21221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Pioneer Aerospace Corporation** | | Case number (if known) | **6:23-bk-4643-GER** |
|---|---|---|---|---|
| | Name | | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Bally Ribbon Mills** <br> **P.O. Box D** <br> **Bally, PA 19503-1004** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,323.21 |
|---|---|---|---|
| | **Bluegrace Logistics** <br> **Dept. 108** <br> **Box 4964** <br> **Houston, TX 77210-4964** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Undetermined |
|---|---|---|---|
| | **BMO Financial Group** <br> **P.O. Box 5700** <br> **Carol Stream, IL 60197-5700** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Boeing Company** <br> **5000 E. McDowell Rd.** <br> **Bldg 510 Mailstop 269** <br> **Mesa, AZ 85215** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,040.00 |
|---|---|---|---|
| | **Bourdon Forge Co Inc** <br> **99 Tuttle Road** <br> **Middletown, CT 06457** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Brand Dielectrics Inc** <br> **250 Gibraltar Drive** <br> **Bolingbrook, IL 60440** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,071.00 |
|---|---|---|---|
| | **Brennan, Manna & Diamond, LLC** <br> **75 E. Market St.** <br> **Akron, OH 44308** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Pioneer Aerospace Corporation** | Case number (if known) | **6:23-bk-4643-GER** |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **BRM Industries** | ☐ Contingent | |
| | **67 Industrial Park Road East** | ☐ Unliquidated | |
| | **Tolland, CT 06084** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,272.00 |
|---|---|---|---|
| | **C Spire** | ☐ Contingent | |
| | **P.O. Box 748168** | ☐ Unliquidated | |
| | **Atlanta, GA 30374-8168** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $163.00 |
|---|---|---|---|
| | **C.S.R. Inc** | ☐ Contingent | |
| | **PO Box 395** | ☐ Unliquidated | |
| | **Sellersville, PA 18960** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Capewell Aerial Systems LLC** | ☐ Contingent | |
| | **4298 Jeb Stuart Hwy** | ☐ Unliquidated | |
| | **Meadows Of Dan, VA 24120** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Capewell Aerial Systems LLC** | ☐ Contingent | |
| | **105 Nutmeg Rd South** | ☐ Unliquidated | |
| | **South Windsor, CT 06074** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $768.00 |
|---|---|---|---|
| | **Carolina Narrow Fabric Company** | ☐ Contingent | |
| | **P.O. Box 896094** | ☐ Unliquidated | |
| | **Charlotte, NC 28289** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,958.64 |
|---|---|---|---|
| | **Caterpillar Financial Services** | ☐ Contingent | |
| | **2120 West End Ave.** | ☐ Unliquidated | |
| | **Nashville, TN 37203** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Pioneer Aerospace Corporation** | Case number (if known) | **6:23-bk-4643-GER** |
|---|---|---|---|

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115.03**

CCP Industries
P.O. Box 734569
Chicago, IL 60673-4569

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$326.70**

Challenge Sailcloth
560 Nutmeg Rd North
South Windsor, CT 06074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Cherokee Steel
196 Leroy Anderson Road
Monroe, GA 30655

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116.63**

Cintas Corp 0J71 Route 0003
Customer # 10537278
P.O. Box 631025
Cincinnati, OH 45263-1025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$952.00**

Cintas Corporation #701
P.O. Box 630803
Cincinnati, OH 45263-0803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$581.80**

Cintas Corporation 0J71 0003
P.O. Box 631025
Cincinnati, OH 45263-1025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,300.00**

Cistech Inc
10590 Independence
Pointe Pkwy. #202
Matthews, NC 28105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pioneer Aerospace Corporation** | Case number (if known) | **6:23-bk-4643-GER** |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$757.98** |
|---|---|---|---|
| | **City Of Columbia**<br>**City Hall**<br>**201 Second Street**<br>**Columbia, MS 39429** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116.10** |
|---|---|---|---|
| | **City Of Milton**<br>**P.O. Box 909**<br>**Milton, FL 32572** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,032.53** |
|---|---|---|---|
| | **Comcast Business**<br>**P.O. Box 37601**<br>**Philadelphia, PA 19101-0601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69.85** |
|---|---|---|---|
| | **Community Coffee**<br>**P.O. Box 679510**<br>**Dallas, TX 75267-9510** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|
| | **Computer Services & Solutions, Inc.**<br>**431 S. Broadway, #222**<br>**Lexington, KY 40508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Cope Plastics Inc**<br>**4441 Industrial Dr**<br>**Alton, IL 62002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$836.48** |
|---|---|---|---|
| | **Craters & Freighters**<br>**4360 Floridatown Rd**<br>**Pace, FL 32571** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Pioneer Aerospace Corporation** | | Case number (if known) | **6:23-bk-4643-GER** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Creditsafe USA Inc**
**PO Box 789985**
**Philadelphia, PA 19178-9985**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $92.30 |
|---|---|---|---|

**CS Hyde Company**
**39655 N. Il Route 83**
**Lake Villa, IL 60046**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DCI Aerotech**
**Division Of Detroit Chrome, Inc.**
**7515 Lyndon Avenue**
**Detroit, MI 48238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,623.60 |
|---|---|---|---|

**De Lage Landen**
**P.O. Box 41602**
**Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Die-Matic Products Inc**
**130 Express St**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dighton Technology Inc**
**PO Box 865**
**620 Spring St**
**North Dighton, MA 02764**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DLA Distribution Depot Oklahoma**
**3301 F Ave Cen Red**
**Bldg 506 DR 22**
**Oklahoma City, OK 73145-8000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pioneer Aerospace Corporation** | Case number (if known) | **6:23-bk-4643-GER** |
|---|---|---|---|
| | Name | | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Donald Palmer Co. Inc.**
**P.O. Box 15062**
**New Orleans, LA 70175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Dyco Industries, Inc.**
**229 South Satellite Road**
**South Windsor, CT 06074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dykema Rubber Band Co**
**4075 Windgap Avenue**
**Bldg #5**
**Pittsburgh, PA 15204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,687.50 |
|---|---|---|---|

**Eagle Packaging**
**1075 S. Fairfield Drive**
**Pensacola, FL 32506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eastern Metal Supply Inc**
**3600 2rd Ave S**
**Lake Worth, FL 33461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edco Supply Corporation**
**323 36th Street**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ellsworth Adhesives**
**Lock Box 88207**
**Milwaukee, WI 53288-0207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Pioneer Aerospace Corporation** | Case number (if known) | **6:23-bk-4643-GER** |
|---|---|---|---|
| | Name | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Empower Trust Company**
P.O. Box 825752
Philadelphia, PA 19182-5752

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Esteem Manufacturing Corp**
175 S. Satellite Road
S. Windsor, CT 06074

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fabric Development Inc**
1217 Mill Street
PO Box 462
Quakertown, PA 18951

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fastening Solutions**
3075 Selma Highway
Montgomery, AL 36108

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FBT Inc.**
413 Lakeshore Road
St. Catharines, ON L2R 7K6

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $372.39 |
|---|---|---|---|

**Fedex**
P.O. Box 660481
Dallas, TX 75266-0481

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fil-Tec, Inc**
PO Box 9040
Lancaster, PA 17604

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Pioneer Aerospace Corporation** | Case number (if known) | **6:23-bk-4643-GER** |
|---|---|---|---|
| | Name | | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,874.45 |
|---|---|---|---|
| | **Fleuret F.Z.C**<br>**Office No. S-85A, Building Q1-09**<br>**P.O. Box 131469, Sharjah Airport Intel**<br>**Free Zone, UAE**<br>**SAIF Zone, Sharjah** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Flick Packaging**<br>**PO Box 296**<br>**340 S. Columbus Street**<br>**Galion, OH 44833** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $233.24 |
|---|---|---|---|
| | **Fort Storage**<br>**4114 Avalon Blvd.**<br>**Milton, FL 32583** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $539.15 |
|---|---|---|---|
| | **Grainger**<br>**Dept 844149682**<br>**Palatine, IL 60038-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150.91 |
|---|---|---|---|
| | **Grand Rapids Foam Technologies**<br>**1700 Alpine Ave Nw**<br>**Grand Rapids, MI 49519** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $563.18 |
|---|---|---|---|
| | **Halls Hardware & Lumber**<br>**6606 Highway 90**<br>**Milton, FL 32570** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $409.20 |
|---|---|---|---|
| | **Hill Pro LLC**<br>**106 Yeager Court**<br>**Hunstville, AL 35806** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Pioneer Aerospace Corporation** | | Case number (if known) | **6:23-bk-4643-GER** |
|---|---|---|---|---|
| | Name | | | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,755.10** |
|---|---|---|---|
| | **HLC Industries**<br>**4 East Montgomery Ave**<br>**Bala Cynwyd, PA 19004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Hope Global**<br>**50 Martin Street**<br>**Cumberland, RI 02864** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$242.00** |
|---|---|---|---|
| | **Horn Textile, Inc.**<br>**600 N. Brown Street**<br>**Titusville, PA 16354** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.94** |
|---|---|---|---|
| | **Hrdirect**<br>**P.O. Box 669390**<br>**Pompano Beach, FL 33066-9390** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,069.15** |
|---|---|---|---|
| | **Industronics Service Co**<br>**P. O. Box 649**<br>**South Windsor, CT 06074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$960.00** |
|---|---|---|---|
| | **Jo King Inc.**<br>**P.O. Box 1088**<br>**Alpharetta, GA 30009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **John Howard Company**<br>**4510 Schaefer Ave**<br>**Chino, CA 91710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Pioneer Aerospace Corporation** | Case number (if known) | **6:23-bk-4643-GER** |
|---|---|---|---|
| | Name | | |

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kent H. Landsberg - Wurzburg, Inc.**
**PO Box 731575**
**Dallas, TX 75373**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $158.03 |
|---|---|---|---|

**KMS Business Products Corp**
**3010 E. Cervantes Street**
**Pensacola, FL 32503**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $232.74 |
|---|---|---|---|

**Konica Minolta Business Solutions**
**Dept. At 952823**
**Atlanta, GA 31192-2823**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lighthouse For The Blind**
**912 W. Broadway**
**Forth Worth, TX 76104**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $36.20 |
|---|---|---|---|

**Lord & Hodge Inc**
**PO Box 737**
**Middletown, CT 06457-0737**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lowy Enterprises, Inc.**
**1970 E. Gladwick Street**
**Rancho Dominguez, CA 90220**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $85.25 |
|---|---|---|---|

**McMaster-Carr Supply Co**
**PO Box 7690**
**Chicago, IL 60680-7690**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Pioneer Aerospace Corporation** | | Case number (if known) | **6:23-bk-4643-GER** |
|---|---|---|---|---|
| | Name | | | |

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$700.00**

**Micro-Tech Service, LLC**
**59 Old Windsor Road**
**Bloomfield, CT 06002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Mil-Spec Packaging**
**8150 Industrial Hwy**
**Macon, GA 31216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$220.06**

**Miller-Stephenson**
**Chemical Company Inc**
**55 Backus Avenue**
**Danbury, CT 06810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40.00**

**Mississippi Dept Of Health**
**P.O. Box 1700**
**570 East Woodrow Wilson**
**Jackson, MS 39215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,207.62**

**Mississippi Power Company**
**P.O. Box 245**
**Birmingham, AL 35201-0245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Morito Scovill America LLC**
**dba Scovill Fasteners**
**Po Box 746297**
**Atlanta, GA 30374-6297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$614.31**

**MSC Industrial Supply**
**P.O. Box 953635**
**St. Louis, MO 63195-3635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pioneer Aerospace Corporation** | | Case number (if known) | **6:23-bk-4643-GER** |
|---|---|---|---|---|
| | Name | | | |

---

**3.89** | Nonpriority creditor's name and mailing address
**Murdock Webbing Co Inc**
**27 Foundry Street**
**Providence, RI 02863**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address
**National Institute for Aviation Research**
**Wichita State University**
**1845 Fairmount St.**
**Wichita, KS 67260-0093**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address
**National Labor Relations Board-Region 15**
**Attn:  General Attorney (Labor)**
**600 S. Maestri Place, 7th Floor**
**New Orleans, LA 70130-3413**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **NLRB charge by Workers United, Southern Regional Joint Board (Union)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address
**National Retirement Fund**
**c/o Amalgamated Employee Benefits Adm**
**333 Westchester Ave.**
**White Plains, NY 10604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$22,219.75**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Pension obligations for terminated union employees of Pioneer Mississippi facility.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address
**Pam Narrow Fabrics Corp**
**PO Box 490**
**Freeport, NY 11520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address
**Para-Gear Equipment Co**
**3839 West Oakton**
**Skokie, IL 60076**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address
**Parachute Laboratories, Inc**
**1665 N. Lexington Ave., #106**
**Deland, FL 32724-2187**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pioneer Aerospace Corporation** | | Case number (if known) | **6:23-bk-4643-GER** |
|---|---|---|---|---|
| | Name | | | |

---

**3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Paulo Products**
**P.O. Box 802830**
**Kansas City, MO 64180-2830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Performance Textiles Inc**
**3917 Liberty Road**
**Greensboro, NC 27406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Production Metal Stamping, Inc.**
**8133 Opportunity Drive**
**Milton, FL 32583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98.26**

**Quench Usa Inc**
**P.O. Box 781393**
**Philadelphia, PA 19178-1393**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Renatos Sewing Machine, LLC**
**2321 Silas Deane Highway**
**Rocky Hill, CT 06067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$179.44**

**S Walter Packaging Corp**
**P.O. Box 71225**
**Philadelphia, PA 19176-6225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$512.00**

**S.E., Inc Dba Strong Enterprises**
**6448 Pinecastle Blvd**
**Ste 104**
**Orlando, FL 32809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pioneer Aerospace Corporation** | Case number (if known) | **6:23-bk-4643-GER** |
|---|---|---|---|
| | Name | | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Seko Worldwide Llc**
**1100 Arlington Heights Rd 600**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Sir Webbing Inc**
**PO Box 501**
**Hawthorne, NJ 07507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$353.31** |
|---|---|---|---|

**Sonitrol Of NW Florida**
**1136 Thomasville Rd**
**Tallahassee, FL 32303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Specialty Adhesives**
**164 Chandalar Place Dr**
**Pelham, AL 35124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350,000.00** |
|---|---|---|---|

**Richard Spencer**
**3459 Carrington Rd.**
**Delaplane, VA 20144-2005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2023**

Basis for the claim: **Credit Facility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$422.30** |
|---|---|---|---|

**Staples Advantage**
**P.O. Box 105638**
**Atlanta, GA 30348-5638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Strand Core, Inc.**
**5881 Commerce Road**
**Milton, FL 32583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Pioneer Aerospace Corporation** | Case number (if known) | **6:23-bk-4643-GER** |
|---|---|---|---|
| | Name | | |

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$86,406.32** |
|---|---|---|---|

**Strong Enterprises**
**6448 Pinecastle Blvd**
**Ste 104**
**Orlando, FL 32809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,128.00** |
|---|---|---|---|

**Sturges Manufacturing Company Inc**
**2030 Sunset Ave**
**Utica, NY 13502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350,000.00** |
|---|---|---|---|

**Richard Sugden**
**c/o Thomas Smits**
**P.O. Box 3377**
**Jackson, WY 83001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2023**

**Basis for the claim:**  **Credit Facility**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Systima Technologies, Inc.**
**6500 Harbour Heights Pkwy**
**Mukilteo, WA 98275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Taber Extrusions**
**Mississippi Division**
**P.O. Box 98437**
**Chicago, IL 60693-8437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Tape-Craft Corporation**
**PO Box 2027**
**Anniston, AL 36202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Tech Ord**
**47600 180th Street**
**Clearlake, SD 57226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pioneer Aerospace Corporation** | | Case number (if known) | **6:23-bk-4643-GER** |
|---|---|---|---|---|
| | Name | | | |

---

**3.117** | **Nonpriority creditor's name and mailing address**

**Techflex Inc**
**104 Demarest Road**
**Sparta, NJ 07871**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.118** | **Nonpriority creditor's name and mailing address**

**Terry Service Inc**
**P.O. Box 1557**
**Ridgeland, MS 39158-1557**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,668.13**

---

**3.119** | **Nonpriority creditor's name and mailing address**

**Town Of Bloomfield Connecticut**
**Attn Town Clerk**
**P.O. BOX 337**
**Bloomfield, CT 06002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$19,484.34**

---

**3.120** | **Nonpriority creditor's name and mailing address**

**Tuff Guard Security & Patrol Service**
**2323 17th St.**
**Meridian, MS 39301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Undetermined**

---

**3.121** | **Nonpriority creditor's name and mailing address**

**Uline**
**P.O. Box 88741**
**Chicago, IL 60680-1741**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$460.76**

---

**3.122** | **Nonpriority creditor's name and mailing address**

**UPS**
**P.O. Box 809488**
**Chicago, IL 60680-9488**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,221.56**

---

**3.123** | **Nonpriority creditor's name and mailing address**

**USA Hauling & Recycling**
**P.O. Box 808**
**East Windsor, CT 06088**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$704.00**

---

| Debtor | **Pioneer Aerospace Corporation** | | Case number (if known) | **6:23-bk-4643-GER** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Warwick Mills, Inc**<br>**PO Box 409**<br>**New Ipswich, NH 03071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $708.86 |
|---|---|---|---|
| | **Waste-Pro Pensacola**<br>**P.O. Box 865220**<br>**Orlando, FL 32886-5220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $595.44 |
|---|---|---|---|
| | **Wesco**<br>**P.O. Box 10546**<br>**Mobile, AL 36610** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Western Extrusions**<br>**PO Box 810219**<br>**Dallas, TX 75881** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Workers United, Southern Regional Joint Board**<br>**1777 Phoenix Parkway, #230**<br>**Atlanta, GA 30349** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Asserted CBA violations, WARN Act liability for 52 days' pay for MS bargaining unit employees | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,532.67 |
|---|---|---|---|
| | **Xerox Corporation**<br>**PO Box 827598**<br>**Philadelphia, PA 19182-7598** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **XRI Testing**<br>**PO Box 9446**<br>**New York, NY 10087-9446** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Pioneer Aerospace Corporation** | Case number (if known) | **6:23-bk-4643-GER** |
|---|---|---|---|
| | Name | | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Zodiac US Corporation**
**2201 W. Royal Lane, #150**
**Irving, TX 75063**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Lease of MS and FL__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ABB, Inc.**<br>**Attn: Legal Department**<br>**45 Griffin Rd. S.**<br>**Bloomfield, CT 06002** | Line __3.1__<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Fleuret**<br>**Bldg N. 40-C, 2nd Floor**<br>**South Park Ave., Phase II Extension**<br>**Defence Housing Authority**<br>**Karachi-Pakistan** | Line __3.61__<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Workers United, Southern Regional**<br>**Joint Board**<br>**c/o Stanford Fagan, LLC**<br>**2540 Lakewood Ave.**<br>**Atlanta, GA 30315** | Line __3.128__<br><br>☐ Not listed. Explain ____ | __ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,071,454.69 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,071,454.69 |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Pioneer Aerospace Corporation**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)    **6:23-bk-4643-GER**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Sublease of non-residential real property located at 131 Phoenix Crossing, Bloomfield, CT** <br><br><br> **ABB, Inc. Attn: Real Estate Group 305 Gregson Dr. Cary, NC 27511** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Contract for Services** <br><br><br> **Airespring 1801 W. Olympic Blvd Pasadena, CA 91199-1422** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Purchase Contracts** <br><br><br> **Boeing Company 5000 E. McDowell Rd. Bldg 510 Mailstop 269 Mesa, AZ 85215** |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Contract for Services** <br><br><br> **C Spire P.O. Box 748168 Atlanta, GA 30374-8168** |

| Debtor 1 | **Pioneer Aerospace Corporation** | | Case number *(if known)* | **6:23-bk-4643-GER** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Leases of Equipment** | |
|---|---|---|---|
| | State the term remaining | | **Caterpillar Financial Services 2120 West End Ave. Nashville, TN 37203** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Services** | |
|---|---|---|---|
| | State the term remaining | | **Cistech Inc 10590 Independence Pointe Pkwy. #202 Matthews, NC 28105** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Client Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Computer Services & Solutions, Inc. 431 S. Broadway, #222 Lexington, KY 40508** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Office Equipment** | |
|---|---|---|---|
| | State the term remaining | | **De Lage Landen P.O. Box 41602 Philadelphia, PA 19101-1602** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
|---|---|---|---|
| | State the term remaining | | **DLA Distribution Depot Oklahoma 3301 F Ave Cen Red Bldg 506 DR 22 Oklahoma City, OK 73145-8000** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Pioneer Aerospace Corporation** | Case number *(if known)* | **6:23-bk-4643-GER** |
|---|---|---|---|
| | First Name        Middle Name        Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of Copier**

State the term remaining

List the contract number of any government contract

**Konica Minolta Business Solutions**
**Dept. At 952823**
**Atlanta, GA 31192-2823**

**2.11.** State what the contract or lease is for and the nature of the debtor's interest — **Service Agreement**

State the term remaining

List the contract number of any government contract

**USA Hauling & Recycling**
**P.O. Box 808**
**East Windsor, CT 06088**

**2.12.** State what the contract or lease is for and the nature of the debtor's interest — **Confidentiality and Non-Disclosure Agreements**

State the term remaining

List the contract number of any government contract

**Various parties**

**2.13.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of non-residential real property located in Columbia, MS; Landlord contends lease has been terminated, Debtor disputes and reserves all rights, claims and defenses**

State the term remaining

List the contract number of any government contract

**Zodiac US Corporation**
**2201 W. Royal Lane, #150**
**Irving, TX 75063**

| Debtor 1 | **Pioneer Aerospace Corporation** | Case number *(if known)* | **6:23-bk-4643-GER** |
|---|---|---|---|
| | First Name      Middle Name      Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of non-residential real property located in Milton, FL; Landlord contends lease has been terminated, Debtor disputes and reserves all rights, claims and defenses** | |
|---|---|---|---|
| | State the term remaining | | **Zodiac US Corporation**<br>**2201 W. Royal Lane, #150**<br>**Irving, TX 75063** |
| | List the contract number of any government contract | | |

In re   **Pioneer Aerospace Corporation**                                     Case No.   **6:23-bk-4643-GER**
_____
Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**Footnote:**

Executory Contracts and Unexpired Leases. The Debtors have not set forth executory contracts or unexpired leases as assets in the Schedules and Statements. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G. In addition, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred. Further, the inclusion of contracts in Schedule G is not an admission that such contract is executory and the inclusion of a lease on Schedule G is not an admission that such lease is unexpired. The omission of any contract or lease from Schedule G is not an admission that such contract or lease is not within the purview of Section 365 of the Bankruptcy Code.

**Fill in this information to identify the case:**

Debtor name **Pioneer Aerospace Corporation**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known) **6:23-bk-4643-GER**

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Aviation Safety Resources, Inc.** | | **Zodiac US Corporation** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Aviation Safety Resources, Inc.** | | **Zodiac US Corporation** | ☐ D _____<br>■ E/F ___3.131___<br>☐ G _____ |
| 2.3 | **Aviation Safety Resources, Inc.** | | **National Retirement Fund** | ☐ D _____<br>■ E/F ___3.92___<br>☐ G _____ |
| 2.4 | **Aviation Safety Resources, Inc.** | | **National Labor Relations Board-Region 15** | ☐ D _____<br>■ E/F ___3.91___<br>☐ G _____ |
| 2.5 | **Aviation Safety Resources, Inc.** | | **Richard Spencer** | ☐ D _____<br>■ E/F ___3.107___<br>☐ G _____ |

| Debtor | **Pioneer Aerospace Corporation** | Case number *(if known)* | **6:23-bk-4643-GER** |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Aviation Safety Resources, Inc.** | **Richard Sugden** | ☐ D _____<br>■ E/F  **3.112**<br>☐ G _____ |
| 2.7 | **Aviation Safety Resources, Inc.** | **Workers United, Southern Regional** | ☐ D _____<br>■ E/F  **3.128**<br>☐ G _____ |
| 2.8 | **S.E., Inc.** | **Workers United, Southern Regional** | ☐ D _____<br>■ E/F  **3.128**<br>☐ G _____ |
| 2.9 | **S.E., Inc.** | **Richard Sugden** | ☐ D _____<br>■ E/F  **3.112**<br>☐ G _____ |
| 2.10 | **S.E., Inc.** | **Richard Spencer** | ☐ D _____<br>■ E/F  **3.107**<br>☐ G _____ |
| 2.11 | **S.E., Inc.** | **National Labor Relations Board-Region 15** | ☐ D _____<br>■ E/F  **3.91**<br>☐ G _____ |
| 2.12 | **S.E., Inc.** | **National Retirement Fund** | ☐ D _____<br>■ E/F  **3.92**<br>☐ G _____ |
| 2.13 | **Zodiac US Corporation** | **ABB, Inc.** | ☐ D _____<br>■ E/F  **3.1**<br>☐ G _____ |

| Schedule H: Your Codebtors |

Debtor    **Pioneer Aerospace Corporation**                                      Case number *(if known)*    **6:23-bk-4643-GER**

████ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Pioneer Aerospace Corporation**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)    **6:23-bk-4643-GER**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
| --- | --- |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11/29/2023    x  _____
Signature of individual signing on behalf of debtor

**Michael Rinaldi**
Printed name

**President**
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

In re   **Pioneer Aerospace Corporation**                                         Case No.   **6:23-bk-4643-GER**
_____
Debtor(s)

# FORM 202 DECLARATION UNDER PENALTY OF PERJURY FOR NON-INDIVIDUAL DEBTORS

**Footnote to Declaration:**

Although the Debtors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors, incomplete disclosures, inaccuracies, or omissions may have occurred.

The Schedules and Statements, like the Debtors' financial statements on which they are largely based, are unaudited and subject to potential adjustment, and remain subject to further review, verification, and potential adjustment, and the Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate.

The Schedules and Statements have been signed by Michael Rinaldi, recently appointed as President of the Debtors, and an authorized signatory of each of the Debtors. Mr. Rinaldi necessarily relied upon the efforts, statements, and representations of the Debtors' employees and the assistance of the Debtors' legal and financial advisors but has not (and, indeed, could not have) personally verified the accuracy of each such statement and representation contained in these Schedules.

**Fill in this information to identify the case:**

Debtor name    **Pioneer Aerospace Corporation**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)    **6:23-bk-4643-GER**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ☐ Operating a business<br>■ Other    **Gross Revenues/Sales** | **$4,695,153.00** |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other    **Gross Revenues/Sales** | **$6,760,235.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1.    **See attachment** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| DATE | CHECK # | DISB |
|------|---------|------|
| 1-Aug | Beginning Balance | |
| 1-Aug | Deposit - Strong | |
| 1-Aug | Deposit - ADP Void Checks | |
| 1-Aug | Wire Fees | 10.00 |
| 1-Aug | McGregor | 15.85 |
| 2-Aug | Deposit - NASA | |
| 2-Aug | ADP | 50,284.37 |
| 2-Aug | ADP - Garnishment | 741.31 |
| 2-Aug | ADP - Tax | 20,014.12 |
| 3-Aug | McGregor | 11.92 |
| 7-Aug | Paycor Fees | 951.38 |
| 8-Aug | Deposit | |
| 10-Aug | Empower | 5,524.15 |
| 10-Aug | Brennan Manna & Diamond W115668 | 27,830.50 |
| 11-Aug | Deposit | |
| 14-Aug | Deposit | |
| 14-Aug | Check run 200881 - 200882 | 24,813.96 |
| 14-Aug | Deposit | |
| 16-Aug | ADP Wages | 49,691.40 |
| 16-Aug | ADP Garnishment | 741.31 |
| 16-Aug | ADP Tax | 19,760.72 |
| 16-Aug | Deposit | |
| 17-Aug | Deposit | |
| 17-Aug | Eversource W115670 | 2,905.05 |
| 17-Aug | Gulf Power W115671 | 1,101.29 |
| 17-Aug | MS Power W115672 | 1,909.77 |
| 17-Aug | MS Power W115675 | 6,534.07 |
| 18-Aug | Transfer to ASR - Assgard | 62,000.00 |
| 18-Aug | Stoppayment on Deposit - Capewell | 9,880.00 |
| 21-Aug | Mike Berge W115673 | 1,500.17 |
| 22-Aug | IPFS Corporation W115674 | 874.14 |
| 22-Aug | AireSpring W115676 | 306.05 |
| 23-Aug | McGregor | 15.85 |
| 23-Aug | Empower | 5,441.04 |
| 24-Aug | National Advisory | 1,305.78 |
| 24-Aug | Check Run 200883 - 200892 | $44,340.19 |
| 24-Aug | Deposit | |
| 24-Aug | First Insurance W115677 | 31,631.22 |
| 24-Aug | Fleuret W115678 | 9,894.45 |
| 25-Aug | CNG W115679 | 445.82 |
| 28-Aug | Deposit | |
| 28-Aug | Wire Fees | 60.00 |
| 29-Aug | McGregor | 34.00 |
| 30-Aug | ADP | 46,129.99 |
| 30-Aug | ADP | 741.31 |
| 30-Aug | ADP | 18,732.28 |

| 31-Aug | Comcast W115680 | 374.87 |
| 31-Aug | Cspire W115681 | 626.00 |
| 31-Aug | Adj rent from july | |
| 31-Aug | CSSI W115691 | 26,379.93 |
| 31-Aug | Double entry | |
| 31-Aug | payroll Adj July | |

| DATE | CHECK # | DISB |
|------|---------|------|
| 1-Sep | Beginning Balance | |
| 1-Sep | National Advisor | 1,305.78 |
| 1-Sep | McGregor | 571.90 |
| 1-Sep | Empower | 5,433.65 |
| 6-Sep | Deposit | |
| 6-Sep | Transfer | 70,000.00 |
| 6-Sep | ABB W115682 | 29,802.29 |
| 6-Sep | Wire Fee | 25.00 |
| 7-Sep | National Advisor | 1,305.78 |
| 7-Sep | Paycor | 20.20 |
| 11-Sep | McGregor | 26.00 |
| 12-Sep | Deposit | |
| 13-Sep | ADP | 741.31 |
| 13-Sep | ADP | 47,244.43 |
| 13-Sep | ADP | 19,971.45 |
| 13-Sep | MS Power W115683 | 2,278.02 |
| 13-Sep | MS Power W115684 | 6,536.41 |
| 13-Sep | Gulf Power W115685 | 1,398.53 |
| 13-Sep | Eversource W115686 | 2,819.61 |
| 13-Sep | IPFS W115687 | 874.14 |
| 14-Sep | Deposit | |
| 14-Sep | Deposit | |
| 14-Sep | Wire Fee | 10.00 |
| 14-Sep | Fleuret Rejection | |
| 14-Sep | Fleuret | 9,894.45 |
| 14-Sep | Wire Fee | 60.00 |
| 15-Sep | Comcast W115688 | 1,175.42 |
| 15-Sep | Check Run 200893-200903 | 4,487.76 |
| 15-Sep | Void 200903 | |
| 15-Sep | Chech Run 200904 | 466.48 |
| 15-Sep | Void 200894 | |
| 15-Sep | Cspire W115689 | 636.00 |
| 18-Sep | Void Check 200888 | |
| 18-Sep | Check 200905 | 2,532.81 |
| 18-Sep | ASR | 25,000.00 |
| 19-Sep | Deposit | |
| 19-Sep | National Advisor | 1,305.78 |
| 19-Sep | Empower | 5,844.80 |
| 19-Sep | Asguard | 50,000.00 |
| 20-Sep | Check Run 200906-200909 | 76,795.64 |
| 20-Sep | Check Run 200910 | 621.72 |
| 20-Sep | ASR | 50,000.00 |
| 22-Sep | First Insurance W115693 | 30,194.12 |
| 22-Sep | Cohn Reznick W115692 | 14,000.00 |
| 22-Sep | CSSI W115694 | 26,370.75 |
| 22-Sep | UHC W115695 | 21,337.76 |

| Date | Description | Amount |
|------|-------------|-------:|
| 22-Sep | UHC W115696 | 625.85 |
| 25-Sep | Check Run 200911 - 200914 | 14,975.02 |
| 25-Sep | Void Check 200544 | |
| 25-Sep | Deposit | |
| 27-Sep | ADP | 741.31 |
| 27-Sep | ADP | 53,120.10 |
| 27-Sep | ADP | 23,115.11 |

| DATE | CHECK # | DISB |
|---|---|---|
| 1-Oct | Beginning Balance | |
| 2-Oct | Deposit | |
| 3-Oct | National | 1,305.78 |
| 3-Oct | Empower | 6,285.03 |
| 4-Oct | Deposit | |
| 4-Oct | ASR | 112,500.00 |
| 4-Oct | Check Run 200916 - 200926 | 60,900.09 |
| 9-Oct | Check run 200927 | 1,800.00 |
| 9-Oct | Deposit | |
| 11-Oct | Deposit | |
| 11-Oct | ADP Garnishment | 741.31 |
| 11-Oct | ADP Wages | 51,628.72 |
| 11-Oct | National Advisory | 3,375.00 |
| 11-Oct | McGregor | 379.75 |
| 11-Oct | ADP Tax | 22,655.77 |
| 12-Oct | Deposit | |
| 16-Oct | Deposit | |
| 17-Oct | McGregor | 49.00 |
| 17-Oct | First Insurance W115697 | 28,757.02 |
| 17-Oct | CSSI W115698 | 26,487.49 |
| 17-Oct | ABB Sept W115699 | 29,378.02 |
| 17-Oct | IPFS W115700 | 874.14 |
| 17-Oct | CNG W115701 | 899.01 |
| 17-Oct | Gulf Power W115702 | 1,232.54 |
| 17-Oct | Quench W115703 | 196.52 |
| 17-Oct | De Lage Landen W115704 | 549.54 |
| 17-Oct | Eversource W115705 | 4,746.66 |
| 17-Oct | Check Run 200928 - 200936 | 9,829.36 |
| 17-Oct | Wire Fees | 25.00 |
| 18-Oct | Check Run 200937 | 5,373.31 |
| 18-Oct | Deposit | |
| 18-Oct | Deposit | |
| 18-Oct | ASR | 50,000.00 |
| 19-Oct | Empower | 6,613.10 |
| 19-Oct | Check Run 200938 - 200940 | 30,760.61 |
| 19-Oct | Check Run 200941 | 17.40 |
| 20-Oct | Deposit | |
| 20-Oct | McGregor | 43.10 |
| 20-Oct | Wire Fees | 10.00 |
| 23-Oct | Fraud Check | 4,750.00 |
| 18-Oct | Fraud Check | 4,850.00 |
| 18-Oct | Fraud Check | 2,750.00 |
| 24-Oct | Fraud Check | 4,950.00 |
| 24-Oct | Check run 200942 | 675.00 |
| 23-Oct | Fraud Check Return | |
| 23-Oct | National Advisory | 1,305.78 |

| Date | Description | Amount |
|---|---|---|
| 24-Oct | Fraud Check Return | |
| 24-Oct | Fraud Check Return | |
| 24-Oct | ADP | 741.31 |
| 24-Oct | ADP | 51,777.43 |
| 24-Oct | ADP | 22,630.31 |
| 26-Oct | Deposit | |
| 26-Oct | ASR | 100,000.00 |
| 26-Oct | Check Run 200943 | 3,035.49 |
| 27-Oct | Aire Spring  W115706 | 365.48 |
| 27-Oct | Cspire  W115707 | 636.00 |
| 27-Oct | Quench  W115708 | 98.26 |
| 27-Oct | Check Run 200944-200966 | 134,262.70 |
| 27-Oct | UHC  W115709 | 20,899.65 |
| 26-Oct | ADP Wages | 120.07 |
| 27-Oct | Fleuret Rejection | |
| 27-Oct | ADP Tax | 22.37 |
| 31-Oct | National Advisory | 1,305.78 |
| 31-Oct | Empower | 6,540.00 |
| 31-Oct | Asguard | 60,000.00 |
| 31-Oct | Stichter, Riedel | 60,000.00 |

| Debtor | Pioneer Aerospace Corporation | Case number *(if known)* | 6:23-bk-4643-GER |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Workers United, Souther Regional Joint Board vs Pioneer Aerospace Corporation<br>Case 15-CA-327299 | | National Labor Relations Board-Region 15 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

| Debtor | **Pioneer Aerospace Corporation** | Case number *(if known)* | **6:23-bk-4643-GER** |

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Stichter, Riedel, Blain & Postler, P.A.**<br>**110 E. Madison St.**<br>**Suite 200**<br>**Tampa, FL 33602** | **Attorney Fees on account of Debtor and related Debtors** | **July 17, 2023 September 19, 2023 October 31, 2023** | **$134,680.23** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Aviation Safety Resources, Inc.** | | | |
| 11.2. | **Asgaard Capital, LLC** | **Consulting Fees on account of Debtor and related Debtors** | **May 1, 2023 through October 31, 2023** | **$1,030,495.35** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Aviation Safety Resources, Inc.** | | | |
| 11.3. | **Morris, Nichols, Arsht & Tunnell, LLP** | **Attorney fees on account of Debtor and related Debtors for representation of Board of Directors and as counsel for DIP lender** | **July 19, 2023 September 21, 2023** | **$65,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Aviation Safety Resources, Inc.** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

| Debtor | Pioneer Aerospace Corporation | Case number *(if known)* | 6:23-bk-4643-GER |
|---|---|---|---|

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

      ☐ No Go to Part 10.
      ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Empower** | EIN: |

      Has the plan been terminated?
      ■ No
      ☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **Pioneer Aerospace Corporation**                                    Case number *(if known)*    **6:23-bk-4643-GER**

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **HSBC**<br>**P.O. Box 2120**<br>**Buffalo, NY 14240-2120** | XXXX-8313 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **November 14, 2022** | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Customers** | | **Certain property may be held for customers to perform work or to incorporate into products** | **Undetermined** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

| Debtor | **Pioneer Aerospace Corporation** | Case number *(if known)* | **6:23-bk-4643-GER** |
|---|---|---|---|

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Cohn Reznick** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Unknown** | **Books and records were maintained prior to March 2022 by or under the direction of Zodiac US Corporation** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

| Debtor | **Pioneer Aerospace Corporation** | Case number *(if known)* | **6:23-bk-4643-GER** |
|---|---|---|---|

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Aviation Safety Resources, Inc.** | **6448 Pinecastle Blvd., Suite 104 Orlando, FL 32809** | **Shareholder** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Allan Davis** | | **CFO** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Rinaldi** | | **President** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dario Manfredi** | | **Director** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas Smits** | | **Director** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Richard Spencer** | | **Director** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Richard Sugden** | | **Director** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David Treinis** | | **Director** | |

| Debtor | **Pioneer Aerospace Corporation** | Case number *(if known)* | **6:23-bk-4643-GER** |
|---|---|---|---|

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Michael Rinaldi** | **$8,759.94** | **Prior 12 months** | |
|  | Relationship to debtor<br>**President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Legacy Plan of the National Retirement Fund, multi-employer plan** | **EIN:** |

---

**Fill in this information to identify the case:**

Debtor name    **Pioneer Aerospace Corporation**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)    **6:23-bk-4643-GER**

☐ Check if this is an amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11/29/2023

_____
Signature of individual signing on behalf of the debtor

**Michael Rinaldi**
Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

In re    **Pioneer Aerospace Corporation**                                    Case No.    **6:23-bk-4643-GER**
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

**Footnote to Declaration:**

Although the Debtors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors, incomplete disclosures, inaccuracies, or omissions may have occurred.

The Schedules and Statements, like the Debtors' financial statements on which they are largely based, are unaudited and subject to potential adjustment, and remain subject to further review, verification, and potential adjustment, and the Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate.

The Schedules and Statements have been signed by Michael Rinaldi, recently appointed as President of the Debtors, and an authorized signatory of each of the Debtors. Mr. Rinaldi necessarily relied upon the efforts, statements, and representations of the Debtors' employees and the assistance of the Debtors' legal and financial advisors but has not (and, indeed, could not have) personally verified the accuracy of each such statement and representation contained in these Schedules.