UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Debtors.                               / | *Jointly Administered Under*<br>*Case No. 6:23-bk-4639-GER* |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Applicable Debtor.               / | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Notice of Chapter 11 Bankruptcy Case* (Doc. No. 25) has been furnished on this 29th day of November, 2023, by U.S. mail to the creditors set forth on the attached Service List.

*/s/ Daniel R. Fogarty*
Daniel R. Fogarty (FBN 0017532)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida   33602
Telephone: (813) 229-0144
Email:   dfogarty@srbp.com
Attorneys for Debtor

## SERVICE LIST

ADP, Inc.
P.o. Box 842875
Boston, MA 02284

AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019

AT&T Mobility
National Business Services
P.O. Box 6463
Carol Stream, IL 60197-6463

Bloomfield Tax Collector
800 Bloomfield Ave
Bloomfield, CT 06002

BMO Financial Group
P.O. Box 5700
Carol Stream, IL 60197-5700

Brennan, Manna & Diamond, LLC
75 E. Market St.
Akron, OH 44308

Comcast Business
P.O. Box 37601
Philadelphia, PA 19101-0601

De Lage Landen
P.O. Box 41602
Philadelphia, PA 19101-1602

Fleuret
Bldg N. 40-C, 2nd Floor
South Park Ave., Phase II Extension
Defence Housing Authority
Karachi-Pakistan

Fleuret F.Z.C
Office No. S-85A, Building Q1-09
P.O. Box 131469, Sharjah Airport Intel
Free Zone, UAE
SAIF Zone, Sharjah

Marion County Tax Collector
Marion County Tax Assessor
250 Broad Street
Columbia, MS 39429

Santa Rosa County Tax Collector
6495 Caroline St., Suite E
Milton, FL 32570

Uline
P.O. Box 88741
Chicago, IL 60680-1741

Workers United, Southern Regional
Joint Board
1777 Phoenix Parkway, #230
Atlanta, GA 30349

Workers United, Southern Regional
Joint Board
c/o Stanford Fagan, LLC
2540 Lakewood Ave.
Atlanta, GA 30315